**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**THE HONORABLE Tracey N. Wise**

IN RE:  CASE NUMBER 20-51079

Tew Limited Partnership

## U.S. BANKRUPTCY JUDGE'S MINUTES OF HEARING

DATE: 09/16/2020                                                              TIME: 11:00

ISSUE:

13   07/24/2020   Order Setting Status Conference and Other Deadlines in Subchapter V Case. Telephonic Status conference to be held on 9/16/2020 at 11:00 AM. Proof of Claim due by 10/1/2020. (lmu)

DISPOSITION:

Other

JUDGE'S NOTES:

Status reported

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Tracey N. Wise*
**Bankruptcy Judge**
**Dated: Wednesday, September 16, 2020**
(sms)