UNITED STATES BANKRUPTCY COURT
FOR EASTERN DISTRICT OF KENTUCKY
AT LEXINGTON

*ELECTRONICALLY FILED*

| | |
|---|---|
| In re: | Case No. 20-51079 |
| Tew Limited Partnership | Chapter 11 |
| Debtor. | |

**DECLARATION OF DUSTIN P. SMITH IN SUPPORT OF SKATTEFORVALTNINGEN'S OBJECTION TO THE DEBTOR'S PLAN OF REORGANIZATION**

Pursuant to 28 U.S.C. § 1746, I, Dustin P. Smith, declares as follows:

1. I am a partner with the law firm Hughes Hubbard & Reed LLP, attorneys for creditor Skatteforvaltningen ("SKAT"). I am admitted to practice law in the State of New York and admitted *pro hac vice* before this Court. I submit this declaration in support of SKAT's Objection to the Debtor's Plan of Reorganization. I base this declaration on my personal knowledge and a review of the documents referenced herein.

2. Attached hereto as Exhibit 1 is a true and correct copy of the transcript of the 341 Meeting of the Creditors held on August 26, 2020 in *In re Bernard and Andrea Tew*, case number 20-51078-tnw in the Bankruptcy Court for the Eastern District of Kentucky.

3. Attached hereto as Exhibit 2 is a true and correct copy of the Consent Judgment and Order Re: Bernard V. Tew, Tew Enterprises, LLC, and Bluegrass Investment Management, LLC entered on July 8, 2015 in *Solis v. Hofmeister et al.*, case number 5:12-cv-00250, in the Eastern District of Kentucky.

I declare under penalty of perjury that the foregoing is true and correct.

99290373_2

| | |
|---|---|
| Executed on November 23, 2020<br>New York, New York | HUGHES HUBBARD & REED LLP<br><br>/s/ Dustin P. Smith<br>Dustin P. Smith (admitted *pro hac vice*)<br>One Battery Park Plaza<br>New York, New York 10004-1482<br>(212) 837-6000 (t)<br>(212) 422-4726 (f)<br>Dustin.Smith@hugheshubbard.com<br><br>Counsel for Creditor Skatteforvaltningen<br>(Customs and Tax Administration of the<br>Kingdom of Denmark) |

## CERTIFICATE OF SERVICE

In addition to the parties who will be served electronically by the Court's ECF System, the undersigned certifies that a true and accurate copy of the foregoing was served by electronic mail or first-class U.S. mail, postage prepaid, on November 23, 2020, on all non-ECF creditors.

*/s/ Dustin P. Smith*
COUNSEL FOR CREDITOR, SKAT