# EXHIBIT 1

1              UNITED STATES BANKRUPTCY COURT
        EASTERN DISTRICT OF KENTUCKY (LEXINGTON)
2            BANKRUPTCY PETITION NO. 20-51078-tnw
                      CHAPTER 11
3
     IN RE:
4

5    BERNARD V. TEW and          )341 MEETING OF CREDITORS
     ANDREA B. TEW,              )
6                                )WITNESSES:
                                 )BERNARD TEW and
7              DEBTORS           )ANDREA TEW

8              *   *   *   *   *       *   *   *   *   *

9

10        The examination of BERNARD TEW AND ANDREA TEW

11   was taken via conference call on August 26, 2020,

12   and transcribed via digital audio file by

13   DANIEL F. LENNON, Registered Professional Reporter

14   and Notary Public in and for the State of Kentucky

15   at Large.

16            *   *   *   *   *       *   *   *   *   *

17

18

19

20

21

22

23

24

25

1                         <u>APPEARANCES</u>

2
                    <u>ON BEHALF OF THE DEBTOR:</u>
3
                      Mr. Dean A. Langdon
4                     DelCotto Law Group, PLLC
                      200 North Upper Street
5                 Lexington, Kentucky  40507

6

7           <u>ON BEHALF OF MADISON STREET, LLC:</u>

8                     Mr. Scott T. Rickman
                    Morgan Pottinger McGarvey
9               175 East Main Street, Suite 200
                  Lexington, Kentucky  40507
10

11
            <u>ON BEHALF OF CENTRAL BANK & TRUST:</u>
12
                      Mr. Tyler Powell
13                  Frost Brown Todd, LLC
                    Lexington Financial Center
14              250 West Main Street, Suite 2800
                  Lexington, Kentucky  40507
15

16
                    <u>SUBCHAPTER 5 TRUSTEE:</u>
17
                     Ms. Charity S. Bird
18                   710 West Main Street
                        Fourth Floor
19              Louisville, Kentucky  40202

20

21               <u>ON BEHALF OF THE OFFICE
            OF THE UNITED STATES TRUSTEE:</u>
22
                    Mr. John L. Daugherty
23          Office of the United States Trustee
                100 East Vine Street, Suite 500
24                Lexington, Kentucky  40507

25

1                            <u>INDEX</u>

2

3    Caption Page............................     1

4    Appearance and Index..................... 2 - 3

5    Introduction............................. 4 - 5

6    Examination by Mr. Daugherty............. 5 - 15

7    Examination by Ms. Bird..................15 - 18

8    Continuing Examination by Mr. Daugherty....19 - 34

9    Re-Examination by Ms. Bird................34 - 44

10   Examination by Mr. Powell.................45 - 46

11   Reporter's Certificate...................    47

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1          MR. DAUGHERTY:  Bernard and Andrea Tew,

2    Case No. 20-51078.  Again, my name is John

3    Daugherty, Assistant U.S. Trustee, and I'll be

4    presiding at the meeting today.

5          Can I have appearances, please?

6          MR. RICKMAN:  Mr. Daugherty, it's Scott

7    Rickman, again, for Madison Street, LLC; however, I

8    don't have any interest in the individual case, so

9    like George Smith, I'm going to be getting off now.

10         MR. DAUGHERTY:  Okay.  Thank you.

11         MS. BIRD:  Charity Bird, Subchapter 5

12   Trustee.

13         MR. POWELL:  And Tyler Powell, appearing

14   for Central Bank & Trust.  Thanks.

15         MR. LANGDON:  And Dean Langdon, counsel

16   for the debtors.

17         MR. TEW:  And Bernie Tew and Andrea Tew

18   are still here.

19         MR. DAUGHERTY:  All right.  Thank you.

20   I just want to make the record here.

21         I have before the meeting reviewed the

22   Social Security cards of the Tews and the driver's

23   licenses, of limited use with a telephonic hearing,

24   but I verify that the Social Security numbers are

25   correct.

1              And could -- Mrs. Tew, I don't think I

2    heard -- I've heard her voice.  Could she identify

3    herself?

4              MRS. TEW:  I'm here, hi.  This is Andrea

5    Tew.

6              MR. DAUGHERTY:  Thank you.  Mr. Langdon,

7    do you recognize the voices of the Tews?

8              MR. LANGDON:  I recognize both of their

9    voices, yes.

10             MR. DAUGHERTY:  Thank you.  Mr. and

11   Mrs. Tew, I'd like you both to raise your right

12   hands and, do you swear or affirm that the testimony

13   you give today will be true and correct to the best

14   of your knowledge, under penalty of perjury?

15             MRS. TEW:  I do.

16             MR. TEW:  I do.

17             MR. DAUGHERTY:  Thank you.

18             ----------------------

19             BERNARD TEW AND ANDREA TEW,

20   having been first duly placed under oath, was

21   examined and testified as follows:

22                      EXAMINATION

23   BY MR. DAUGHERTY:

24   Q.        I would like to start off by just asking

25   a few questions about -- well, let me go back.  You

1    have -- you have currently in your possession,

2    Mr. and Mrs. Tew, copies of the petition and

3    schedules that you filed -- that were filed with the

4    court in your case?

5                    MR. TEW:  We do.

6    Q.           And are those petition and schedules

7    true and correct to the best of your knowledge?

8                    MRS. TEW:  They are.

9                    MR. TEW:  They are.

10   Q.           All right.  Is there any need today to

11   file an amendment or anything regarding the

12   schedules or petition?

13                   MRS. TEW:  Not to my knowledge.

14                   MR. TEW:  Not to my knowledge.

15   Q.           All right.  I'm going to ask you some

16   questions regarding your schedules, so if you could

17   make sure that is in front of you and I'll try to

18   point you to the right page.

19                   I am looking...all right.  I'm sorry.

20   I'm still having trouble with the new forms, finding

21   -- here it is.  I'm looking at Schedule A/B,

22   question 21, and that's page 7 of 58, if you look at

23   the page numbering on the top, if you have the

24   court's header on it.

25                   MR. TEW:  We are here.

1    Q.           Okay.  I see here you list a Roth IRA

2    and it says it's valued at 14 million, but depends

3    on the litigation.  Can you explain your thoughts on

4    the valuation of this IRA?

5                 MR. TEW:  This is the last

6    valuation that we received from EDF Man.  They are

7    an American company, but the valuation was done by a

8    British subsidiary.  They are front and center in

9    the SKAT litigation.  They are totally unresponsive

10   to our lawyers.  We do not know if the money is

11   there.  It's been --

12                THE WITNESS:  Dean, I showed you

13                those statements.

14                MR. TEW:  It's been two or three

15   years since we've had statements from these guys, as

16   the SKAT litigation has wound itself through both

17   Denmark and New York.  So, that's the best I know

18   right now, the best of my knowledge right now.

19   Q.           And what exactly was EDF Man's role

20   regarding your IRA?

21                MR. TEW:  EDF Man was a broker

22   slash bank that managed -- that served as the broker

23   and the custodian of the strategies that were done

24   back in '11, '12, '13, '14, '15, in Denmark for my

25   IRA, my family's IRAs, and for the Hofmeister

1    corporate plans.

2    Q.          Okay.  So the IRA you've listed here, is

3    that your personal IRA, Mr. ...

4                    MR. TEW:  That is my -- that's my

5    IRA, that's correct.

6    Q.          Okay.  Does Mrs. Tew have an IRA, Roth

7    IRA also?

8                    MRS. TEW:  Yes.  Mine is listed on

9    the line beneath --

10   Q.          Okay.

11                   MRS. TEW:  I apologize, now that

12   I'm looking at those.  We should have put, you know,

13   our names with those as well.

14   Q.          Okay.  That's fine.  Just...now,

15   Mrs. Tew, is your IRA with EDF Man?

16                   MRS. TEW:  No, it is not.

17   Q.          And you stated you provided Mr. Langdon

18   with statements regarding this IRA, Mr. Tew?

19                   MR. TEW:  The most recent ones we

20   had, yes.

21   Q.          All right.

22                   MR. DAUGHERTY:  Is that something I

23                   could look at, Dean?

24                   MR. LANGDON:  I will be happy to

25                   send it to you.

```
 1                    MR. DAUGHERTY:  Yeah.  I don't need

 2              it right now.  I just...

 3                    MR. LANGDON:  Yeah.  Yeah.

 4                    MR. DAUGHERTY:  -- want to look at

 5              that so I can kind of pin down...

 6    Q.         So let me just restate what I think was

 7    your testimony, Mr. Tew.  The last statement

 8    indicates that you have 14.4 million in that

 9    account?

10                    MR. TEW:  Correct.

11    Q.         Okay.  Now I see.  I want to go to

12    Schedule E and F, which starts on page 21, and I'm

13    on page 24 and item 4.5 and 4.6, creditor Craig

14    Cohen and creditor Dave Nichols.  Do you see that,

15    Mr. Tew?

16                    MR. TEW:  Uh-huh.  Yes, I do.

17    Q.         All right.  Under -- you state under

18    Other that it's contingent liability for claim

19    against retirement fund.  Can you explain to the

20    best of your ability what the claim is?

21                    MR. TEW:  The claim is both of

22    these gentlemen invested with my retirement fund and

23    their --

24                    MRS. TEW:  Not your I- --

25                    MR. TEW:  Not my IRA -- they were
```

1   other funds that we managed, and it is -- their

2   money is held up in EDF Man as well, EDF Man and

3   Denmark and Holland.

4   Q.          So these were retirement plans that you

5   managed?

6          MR. TEW:  Yes.

7   Q.          Okay.  How many plans...well, let me

8   rephrase it.  How many plans do you think have

9   contingent liabilities against you?

10          MR. TEW:  I don't know.  Possibly

11   as -- possibly four, I think.  And it's...I think

12   it's a matter of strong contention that the

13   liability is against me.  It is against the funds,

14   which have no money and we're closed.

15   Q.          Do you currently manage retirement funds

16   for others?

17          MR. TEW:  I do not.

18   Q.          What time frame are you talking about on

19   these contingent liabilities?  When would they have

20   been incurred?  I'll say on the schedules it's 2018.

21          MR. TEW:  Well, that's when the

22   SKAT lawsuits stopped everything in the world for

23   me.  Some of them were incurred -- Craig Cohen's was

24   incurred much before that, and I can't remember

25   exactly, but...

 1                    MRS. TEW:  Check our records.

 2                    MR. TEW:  We could check our

 3     records.  I think it's in the '13 or '14 range.

 4     Q.          Okay.

 5                    MR. TEW:  I don't know exactly.

 6     I'd have to check the records.

 7     Q.          Sure.  Since we've mentioned SKAT, could

 8     you explain the nature of the SKAT allegations and

 9     claims against you?

10                    MR. TEW:  Oh, Lord.  Yes.  SKAT is

11     the tax authority of Denmark.  The trades that I did

12     for Hofmeister's accounts and for my accounts were

13     totally legal and they were approved by Seward &

14     Kissel in the -- examined and approved by Seward &

15     Kissel in New York.

16                    When Hofmeister was examined by the DOL

17     and ultimately found to be embezzling money from the

18     pension plans, the DOL examined all of the SKAT

19     trades and Holland trades and passed on them, that

20     they were fine and there was no problem.

21                    In 2018, SKAT decided to file all these

22     lawsuits.  This is part of a large fraud in Europe

23     of the amount of $60 billion.  That's with a B.  The

24     subadvisor that I used and -- was the mastermind of

25     that fraud and he was sentenced to ten years in

1    Germany.  It was suspended, pending him giving up

2    people in the banks.  So he is, in fact, doing that

3    now and I think he's in Costa Rica or somewhere.

4              So, most of these pension plans, the

5    ones that I am involved with, were all custodied and

6    traded through EDF Man.  EDF Man, we would -- we

7    would buy a stock, get a dividend, taxes would be

8    withheld, and then we would apply for the

9    withholding from the tax authority.  EDF Man handled

10   all that, and I hired a subadvisor, as I am not

11   allowed to trade in Europe.  Therefore -- I don't

12   have a license, never had a license in Eur-...

13             So, the subadvisor did it.  This is the

14   guy Martin Shields.  I would encourage you to look

15   him up.  EDF Man did the trades.  Since -- since all

16   this has happened, it has come to my knowledge -- I

17   have some of the documents -- that EDF Man filed

18   false tax returns in Denmark.  They filed false

19   accounts statements to their pension plans here in

20   the United States.  They have become a defendant in

21   the SKAT cases in London.  They are -- Dean won't

22   like this.  They're bad guys.

23             They are difficult, they have hurt lots

24   of people, and I know how they did it.  I don't know

25   exactly where the money went, but I can -- I can --

1    from all the documents I've gotten from the

2    whistleblower, I've been able to piece together how

3    they -- how they got the money out of the pension

4    plans.

5                    MR. LANGDON:  So --

6                    MR. TEW:  So...

7                    MR. LANGDON:  John, let me

8              interject for just a second here.  I

9              think there's a missing piece that maybe

10             he hasn't reached yet, but the

11             government alleges that they made --

12             they were fraudulently led into making

13             refunds of taxes withheld on dividends

14             and so they're trying to recover those

15             refunds from the various plans that got

16             them.

17                   MR. TEW:  Uh-huh. (Affirmative)

18                   MR. DAUGHERTY:  And you're talking

19             about SKAT?

20                   MR. TEW:  Yes.

21                   MR. DAUGHERTY:  Okay.

22                   MR. TEW:  I'm sorry.  I skipped

23             that part.

24                   MR. DAUGHERTY:  No, no.  That's

25             fine.

1   Q.          How many retirement plans -- I mean,

2   what exactly -- let me rephrase this.  What exactly

3   was your goal with these retirement plans that are

4   now the subject of the SKAT litigation?

5               MR. TEW:  My role was very limited.

6   I did not do the trading.  I did the paperwork to

7   set up the plan correctly.  I hired a subadvisor to

8   do the trading.  And then we had them all legally

9   examined by Seward & Kissel in New York.

10  Q.          Okay.

11              MR. TEW:  That was it, actually.

12  From time to time we would fill out the correct

13  documents that had to be filled out in order to

14  obtain the tax refunds in Denmark.  There are -- in

15  the SKAT cases in New York, there are 275 of them,

16  totaling a alleged two billion dollars in

17  fraudulently claimed claims.  15 of those are mine,

18  meaning my family or Hofmeister's family.  They are

19  -- that total is $41 million.  I have the ledgers

20  from EDF Man, which by the way produced two

21  different sets of book.  As a public company I

22  thought that was interesting.

23              I have the ledgers.  I can show where

24  the shares were erred -- were owned, and then I can

25  show where they -- EDF Man claimed more ownership

1    and got more tax refunds in our pension plans'

2    names.

3    Q.          Now, let me see if I can...excuse me.

4    Just give me a second here.

5                    MS. BIRD:  John, if I could jump in

6                    here while you are looking at that.

7                    ----------------------

8                    EXAMINATION

9    BY MS. BIRD:

10   Q.          When I read these, one of the complaints

11   in New York, it looks like what one of the main

12   assertions is, you individually and perhaps too your

13   wife, is that you pretended to own shares in Danish

14   companies, I guess, that didn't exist.  Does that

15   comport with what you recall about the allegations

16   against you personally?  That seemed to be the main

17   allegation against you guys personally.

18                    MR. TEW:  Yes, Charity, that is the

19   main allegation, and I have the statements and I

20   have the ledgers where those shares were owned by my

21   pension plan, these 15 pension plans that I

22   collectively say are mine.

23   Q.          Okay.

24                    MR. TEW:  I can prove that.  I can

25   prove that we own the shares.  Yes.

1    Q.          (Distorted audio) and they weren't fake
2    companies?
3                    MR. TEW:  Pardon me?  I didn't hear
4    you.
5    Q.          That you did own the shares and they
6    weren't fake companies, I guess, as they're alleging
7    here?
8                    MR. TEW:  No.  We owned the shares
9    and they were publicly-traded companies.
10   Q.          Okay.
11                   MR. TEW:  The allegation is totally
12   fictitious.  Now, may I say that there has been a
13   lawsuit in London, that information is public
14   knowledge, that of the 275 pension plans, there are
15   many of them that did not own the shares, yeah, and
16   they -- EDF Man falsely claimed -- falsely claimed
17   tax refunds even though they didn't own the shares
18   to, in fact, deserve those refunds.  My accounts, I
19   can prove I did own the shares.  But we can't get in
20   court in London, or in New York.
21   Q.          Have you-all heard from anybody with
22   SKAT since this case -- these two cases have
23   started?
24                   MR. TEW:  Yes.
25   Q.          Their lawyer or -- because I saw the

1    cases are stayed obviously in New York from the

2    bankruptcy, but it looks -- and it looks like

3    nothing's really happened since that.

4                    MS. BIRD:  So have they contacted

5                you, Dean, or has anybody reached out?

6                    MR. LANGDON:  I have not heard from

7                anyone on behalf of SKAT, no.

8                    MR. TEW:  I have.  And by the way,

9    there are 15 lawsuits in New York and a mirroring 13

10   in Denmark.  The Danish lawyer is fighting them.  We

11   have won several of those in the -- in Denmark.  The

12   -- in the bankruptcy for Tew LP, our son Vinnie and

13   our oldest daughter Stephanie Campbell were both

14   deposed last week and -- by Hughes Hubbard and by

15   SKAT.  There were 31 lawyers on the call I believe.

16   Crazy.

17   Q.        So it's gone forward as to -- well,

18   they're not named, though, defendants, are they,

19   your kids?

20                    MR. TEW:  They're our kids and they

21   are named as defendants in two cases.  Yes, they

22   are.

23   Q.        Okay.

24                    MR. TEW:  Their pension plan.  Yes,

25   they are.

1    Q.         All right.  One question I'd like to --

2                    MR. TEW:  (Inaudible).

3    Q.         -- going back to -- I'm sorry that I'm

4    jumping around, but I had it written down --

5                    MR. TEW:  (Inaudible).

6    Q.         -- and just lost it, do any of the

7    animals that are listed on the Tew Limited

8    Partnership bankruptcy case, do you guys have any of

9    those animals like in your possession at this time?

10                    MR. TEW:  We have several.  Yes.

11                    MRS. TEW:  We have three.

12                    MR. TEW:  We have three.

13    Q.         You have three that were listed on the

14    petition and schedules?  Which three do you guys

15    have in your possession?

16                    MR. TEW:  Julia's Way, Capital

17    Request -- (phonetic)

18                    MRS. TEW:  And Maria's (ph) --

19                    MR. TEW:  -- and Maria's Dame.(ph)

20    Q.         Okay.

21                    MR. DAUGHERTY:  I'm back on the

22                    call.  I got dropped.

23                    MS. BIRD:  Oh.  There you go.  Oh.

24                    MR. DAUGHERTY:  That's what

25                    happened to me.

1             MR. TEW:  Uh-huh. (Affirmative)

2        Charity, may I return to the depositions

3        that my -- our two older children did?

4             MS. BIRD:  Sure.  This is John's

5        341.  I just hijacked it for a minute.

6        As long as it's fine with John.

7             MR. DAUGHERTY:  Well, and then

8        I got cut off, but...

9        ----------------------

10             EXAMINATION (Cont'g.)

11   BY MR. DAUGHERTY:

12   Q.        Mr. Tew, please go ahead.  I missed some

13   of the conversation.  You're saying your children

14   were deposed?

15             MR. TEW:  They were deposed by

16   SKAT and Hughes Hubbard, which is the plaintiff's

17   attorney in New York.  They -- there were 31

18   attorneys on the case, probably from all different

19   European countries, and some of the other pension

20   plans.  This guy, Martin Shields, is in the -- in

21   the fictional sense, an international criminal,

22   criminal, and lots of people want this guy and we

23   had the unfortunate -- unfortunately, I hired him to

24   do -- to manage the plans.  It was a bad one on me.

25   He was recommended by George Hofmeister, which was

1    another bad one.

2                        Anyway, the depositions did not go

3    anywhere.  That is my understanding.  I would very

4    much like to get those cases removed, tried, et

5    cetera, here in Kentucky, because they will go on

6    and on and on for years up there in New York, as all

7    the law firms garnish huge amounts of fees from the

8    country of Denmark.

9    Q.          So...

10                       MR. TEW:  And -- go ahead.  I'm

11    sorry.

12    Q.          What was the role of your children in

13    some of these retirement plans?

14                       MR. TEW:  They had a couple of -- I

15    managed a couple of pension plans for them.  It was

16    their Roth IRAs.

17    Q.          So it was their personal...

18                       MR. TEW:  Roth IRA, yes.

19    Q.          IRAs.

20                       MR. TEW:  Yes.

21    Q.          They were not managing any retirement

22    plans on behalf of --

23                       MR. TEW:  No.

24    Q.          -- the lawyers?

25                       MR. TEW:  No.

1    Q.            Well, then, I guess, why are they being

2    sued by SKAT?

3                    MR. TEW:  Okay.

4                    MRS. TEW:  (Inaudible.)

5                    MR. TEW:  I am -- I have been in

6    the pension business for 35 years on Wall Street.  I

7    was a partner, I was head of risk, at New York Life.

8    I know the business very well.  It is very, very

9    hard to break through a pension plan to the

10   beneficiary.  The judge in New York has allowed

11   these cases to stand and his exact words -- you can

12   look at it in the court record -- are, I know -- I

13   know this is improbable, but I just want to see

14   where it goes.

15                   In both cases of our older children,

16   they are -- they are beneficiaries of their Roth

17   IRAs, as most people are, and yet -- yet SKAT sued

18   them in New York to enforce a foreign tax law and to

19   break through the pension plan, and the federal

20   judge in New York let them stand.

21   Q.            Okay.

22                   MS. BIRD:  Well, Mr. Tew, is it

23                   similarly situated, though, or is it

24                   alleged that they owned shares in

25                   fictitious companies?

1          MR. TEW:  Charity, all of the cases

2          are the same.  They were -- the alle- --

3          all they did was change the numbers in

4          the cases, the number of shares that

5          they owned.  I can in fact --

6          MS. BIRD:  Okay.

7          MR. TEW:  -- prove that they --

8          well, to the extent that EDF Man sent me

9          statements, which it has been discovered

10         in Europe that they sent false

11         statements to people, but I can prove

12         that we owned -- my children's pension

13         plans owned those shares at the time of

14         the dividend.  I can prove that.  I

15         cannot get in --

16         MS. BIRD:  But we can't -- but you

17         can't prove whether or not they're

18         actual real companies?

19         MR. TEW:  No, they are real

20         companies.  Unilever.  I mean --

21         MS. BIRD:  Okay.

22         MR. TEW: -- you know, they're real

23         companies.  No, it's totally bo- -- it's

24         totally a bogus lawsuit.  Totally bogus.

25         MALE SPEAKER:  And all of you

1              people are lawyers.

2                   MR. TEW:  No.  They're not

3                   fictitional (sic) companies, no.  Not in

4                   any way, shape, or form.  They're all

5                   Danish companies that are traded on the

6                   exchanges.

7    BY MR. DAUGHERTY:  (Cont'g.)

8    Q.          Mr. Tew or Mrs. Tew, can you tell me

9    what Tew Enterprises, LLC, was or is?

10                  MRS. TEW:  Go ahead, Bernie.

11                  MR. TEW:  Tew Enterprises was a

12   company that when we were retired from New York

13   Life, we decided to do some other things, consulting

14   and other things, and Tew Enterprise- -- we had that

15   company umbrella.  Tew Enterprises was that

16   umbrella.  Then we met George Hofmeister in church

17   one day and he asked us to manage his private

18   company pension plan.  We needed a company to do

19   that.

20                  Tew Enterprises, we then registered it

21   as a -- as a registered investment advisor, and the

22   examiners, the SEC and the Kentuck- -- the Kentucky

23   state examiners, suggested that we start a new

24   company because it, Tew Enterprises, had done other

25   things and they wanted only -- only investment

1    management in a company.  That is when Bluegrass

2    Investment Management started.

3    Q.          Okay.  And, Mrs. Tew, I found my list

4    here.  I see you are a defendant in one of the SKAT

5    suits against Tew Enterprises, LLC, retirement plan;

6    is that correct?

7                MRS. TEW:  That's correct.  I'm a

8    defendant in that --

9    Q.          And what was your role?

10                MRS. TEW:  I'm the beneficiary of

11    the Tew Enterprises retirement plan.  Or I was --

12    Q.          So you had no other role other than

13    beneficiary?

14                MRS. TEW:  Uh-huh. (Affirmative)

15    Q.          I'm sorry, I didn't hear an answer.

16                MRS. TEW:  Oh.  Yes, I'm sorry.

17    Beneficiary.

18    Q.          You're just a beneficiary?

19                Now, when...do you -- Mr. Tew, do you

20    have statements showing that these retirement plans

21    received refunds from the withholding?

22                MR. TEW:  Yes, we do.

23    Q.          Okay.

24                MR. TEW:  I did not have them until

25    a few months ago.  The whistleblower --

1           Dean, you should probably send that to

2    the trustee, that little piece about the

3    whistleblower and they fear for their life and all

4    that.

5           The whistleblower has submitted some

6    documents and I got them innocuously from Seward &

7    Kissel.  So I don't know whether Seward & Kissel is

8    defending the whistleblower or what, but -- but

9    I have those documents.  And it's the ledger of a

10   company, if you know from financial services, a

11   company, they all have to have ledgers, whereas

12   money comes in and comes out.  And EDF Man ran two

13   different ledgers.  It's unbelievable.  Ran two

14   different ledgers.

15   Q.           And on these retirement plans that you

16   managed, how was the compensation for you or your

17   investment entity structure?

18              MR. TEW:  There was none.

19   Q.           So you were not compensated for your

20   work?

21              MR. TEW:  No.  No, you can't be.

22   No.

23              MRS. TEW:  (Inaudible).

24              MR. TEW:  All of my family's

25   retirement plans, it is illegal to take

1  compensation; therefore, there was no compensation.

2  The original industrial 81/100 trust, you'll find

3  them listed as casting, central technology, auto

4  parts and industrial technology.  Those pension

5  plans, those structures I set up, were for

6  Hofmeister's many different company pension plans.

7  I received compensation for those only.  Only.

8           His family's 401(k)s I did not receive

9  compensation for those.  Having managed more than

10  3,000 pension plans all over the country during my

11  career, you often -- the head of the pension plan,

12  you often include his children or his family as a

13  benefit -- as a benefit.  There's no fees incurred

14  there.  So, no, there's -- there's actually a

15  minimal amount of fees.  And after July of 2'13,

16  after July of 2013, there's no fees at all,

17  anywhere.

18           When I agreed to not be a fiduciary for

19  Hofmeister's plan, I also agreed to receive no

20  compensation.  The Department of Labor in their --

21  in their form of fiduciary counselors could not

22  figure out this trade, so they wanted me to stay on,

23  Karen Caldwell approved that order, and I stayed on

24  for another six months to close up all these trades.

25  I had no compensation.

1    Q.          All right.  Let me just go through -- I

2    mean, I have the list of the SKAT litigation and I'm

3    trying to --

4                    MR. TEW:  Yes.

5    Q.              -- figure out which plan were plans for

6    your family and which plans were for other entities,

7    another peop- -- unrelated people.  There's SRH,

8    LLC, 401(k) plan?

9                    MR. TEW:  Hofmeister family?

10   Q.          Is that what that was, the Hofmeister

11   family?

12                   MR. TEW:  Yes.  If you go through

13   the list, I'll tell you.

14   Q.          Okay.  And then MGM Farms?

15                   MR TEW:  Hofmeister family.

16   Q.          JFH Farms?

17                   MR. TEW:  Hofmeister family.

18   Q.          Triton Farms?

19                   MR. TEW:  Hofmeister family.

20   Q.          ARH Farms?

21                   MR. TEW:  Hofmeister family.

22   Q.          Then the Tew LP retirement plan?

23                   MR. TEW:  Yes.  That's our son.

24   Q.          And then the Tew Enterprises, LLC,

25   retirement plan?

1          MR. TEW:  That's Andrea's.

2     Q.          Industrial Pensions Group Trust?

3          MR. TEW:  That was Hofmeister's

4     industrial company.  They had 90 of them.  They had

5     various contributions in their pension plans in that

6     fund.  I received compensation for that one, until

7     19- -- until 2013.  July of 2013.

8     Q.          Was Industrial Pensions -- I mean, what

9     companies did that -- was that a retirement plan

10    for?

11         MRS. TEW:  It was -- it was a

12    retirement group trust and a retirement group trust

13    is a way for pension plans to invest to pool their

14    assets to invest --

15         MR. TEW:  Collectively invest, yes.

16         MRS. TEW:  -- collectively.  And

17    the auto parts, castings, central technologies, and

18    Industrial Pensions Group Trust were invested in by

19    four different pension plans that were part of

20    George's corporate structure.

21    Q.          Okay.  So the ones that are group

22    trusts -- and there's a number of them -- it's your

23    testimony they represent employees or beneficiaries

24    from another -- a number of companies?

25         MR. TEW:  Yes.  Yes.

1    Q.         Okay.

2              MR. TEW:  I don't remember the

3    exact name or number actually.  It's been so long.

4              MRS. TEW:  I don't know the number.

5    Q.         Okay.

6              MRS. TEW:  We have the names of the

7    companies in our records.

8              MR. TEW:  We would have the name --

9    it was a -- I know it was more than 7,000 employees,

10   I know that.

11   Q.         Okay.  And then we have Central

12   Technologies Pension Group Trust?

13             MR. TEW:  Hofmeister companies.

14   Q.         Bluegrass Retirement Group Trust?

15             MR. TEW:  That is our family that

16   all of us were in.  All of our retirement plans were

17   -- had -- was that me or -- okay.  That was just me.

18   That was just me, I'm sorry.  That was me.  Me only.

19   My Roth IRA.

20   Q.         Is this the Roth IRA that you state in

21   your schedules has a value of 14 -- about 14

22   million?

23             MR. TEW:  There is some of that,

24   yes.  Uh-huh.  You know, I was on Wall Street for a

25   long time, so, there was money that accumulated over

1    the years in there.

2    Q.          All right.  Well, humor me here.  So,

3    the Roth IRA you've listed in your Schedule A/B,

4    it's the Bluegrass Retirement Group Trust, or is it

5    more than one?

6                    MR. TEW:  It's more than one, and

7    if --

8                    MRS. TEW:  One of the investments.

9                    MR. TEW:  Yeah, it's one of the

10   investments was that.  And the Hofmeister -- the

11   Hofmeister Industrial Trust invested in my -- or,

12   excuse me, my IRA invested in the Hofmeister trust,

13   like castings, like central technology, like auto

14   parts, and -- yeah, and back and forth.  That --

15   again, that is often done for hedge fund managers,

16   because the pension plan would like to know that the

17   hedge fund manager's money is at risk, not just the

18   employees' money.  That's often done.

19   Q.          Okay.  And then Bluegrass Investment

20   Management, LLC, Retirement Company.

21                    MR. TEW:  Who is that?  That was

22                    mine only.

23   Q.          Auto Parts Pension's Group Trust?

24                    MR. TEW:  That is a Hofmeister

25   Industrial Companies plan.

1    Q.            And then MSJJ Retirement Group Trust.

2                  MR. TEW:  That was Hofmeister's

3    family and originally -- and then our family took it

4    over after his family exited in the DOL, as is all

5    of the DOL litigation.

6    Q.            How do you take over a plan?  Were you

7    the beneficiaries?

8                  MR. TEW:  Well, these are group

9    trusts.  It's like when -- let me try to explain

10   this to you.  When you -- you invest in -- your

11   401(k) invests in a -- in some sort of activity and

12   you leave the government and you take your 401(k)

13   with you, and then you are out of that plan and then

14   five years later you come back to the government,

15   you can come back into the plan.  That is the way

16   Hofmeister did it.  Their family all went out, based

17   on the -- the DOL litigation.  We were clear in the

18   litigation, and so we used -- it's very expensive to

19   set up those structures, so we used that structure

20   for our own purposes, then, our own retirement.  My

21   family did.

22   Q.            Okay.  All right.  Let me just wrap up

23   here so other people can ask questions.  Looking at

24   your Schedule I, which is page 40 of the schedules,

25   it states that you're a retired investment manager;

1    is that correct?

2                    MR. TEW:  I was for 30 some years,

3    yes.  I'm --

4    Q.          But I mean, as of the date of filing you

5    were not -- you were retired?

6                    MR. TEW:  I am retired now, yes.

7    And I was retired at the date of filing, yes.

8    Q.          And then, Mrs. --

9                    MR. TEW:  By the way --

10   Q.          -- Tew, you're list- -- excuse me?

11                   MR. TEW:  By the way, retired

12   investment manager, it legally means I do not manage

13   other peoples' money for fees.  I am allowed to

14   manage my own money and family members, yes.

15   Q.          Do you currently manage your own

16   retirement accounts or investments?

17                   MR. TEW:  Well, if I could find

18   them I would.  I can't get my hands on them right

19   now.

20   Q.          And what about family members?

21                   MR. TEW:  No.  When...when the SKAT

22   lawsuits were filed, everything, all financial

23   services for my family was shut down, shut down,

24   meaning you are exited from brokerage accounts, you

25   are exited from retirement plans, you are exited

1    from bank accounts, all those kind of things.

2    Q.          All right.  Mrs. Tew, you're listed in

3    Schedule I on the same page as self-employed

4    controller for Burr Oak Capital.  Could you explain

5    what that involves?

6                MRS. TEW:  Burr Oak Capital is a

7    company here in Lexington.  The owner of the company

8    buys properties and renovates them for rental

9    property.  He does that for himself and then for

10   other investors as well.  I help -- I help him in

11   the operations of the business in terms of setting

12   up systems, like the construction software they use

13   to manage all of the different projects, and then

14   also with setting up the bookkeeping for that.

15   Q.          And how many members are -- if you know,

16   how many members are in Burr Oak Capital?

17               MRS. TEW:  One.

18   Q.          Okay.  And who is that?

19               MRS. TEW:  His name is Jeff Moore.

20   Q.          Moore?

21               MRS. TEW:  Moore, uh-huh.

22   (Affirmative) M-o-o-r-e.

23   Q.          Thank you.  And you're paid with a 1099

24   -- you're a 1099 contractor?

25               MRS. TEW:  Yes, I am.

1    Q.          Okay.

2                 MR. DAUGHERTY:  I don't have any

3          additional questions at this time.

4          Anyone else have any questions?

5                 MS. BIRD:  Charity Bird, Subchapter

6          5 Trustee.

7          ----------------------

8                 <u>RE-EXAMINATION</u>

9    <u>BY MS. BIRD:</u>

10   Q.          Mr. and Mrs. Tew, you know I attended

11   your initial debtor interview, as you'll recall, and

12   one of the --

13                 MR. TEW:  Yes.

14   Q.          -- things that we discussed or was

15   discussed was the ability to earn income in the

16   future in order to have a plan of reorganization or

17   to fund a plan.

18                 MR. TEW:  (Inaudible).

19   Q.          And so, can you tell me where you guys

20   have gone with that?  Have you made any headway in

21   securing future income?

22                 MR. TEW:  We have made significant

23   headway.  I have many friends in New York.  We

24   have -- they're looking at leverage right now, how

25   much leverage the account can have.  The account is

1    not mine.  It is an old, old friend of mine's

2    account and he will -- there is -- there will be

3    money in it and we'll split the returns on a certain

4    kind of fashion.  So I will manage that.  I'm

5    allowed to do that.  It's IRAs.  And we're just

6    waiting for the brokerage firm to give the okay on

7    the leverage amount.

8    Q.        So whose name would be, as far as

9    associated with the account with the brokerage firm,

10   is it going to be your name or would it be your

11   friend's name?

12             MR. TEW:  It will not be my name.

13   It is a retirement trust.

14   Q.        Okay.  And is it --

15             MR. TEW:  But I'll be desig- --

16   Q.        -- his assets that you're managing?

17             MR. TEW:  Yes.  Uh-huh.

18   Q.        And how much compensation can you

19   anticipate from managing just his assets?

20             MR. TEW:  Well, we don't know yet.

21   That will depend on leverage.  We have engaged -- I

22   put together a trading team to do a particular type

23   of arbitrage strategy.  I would anticipate, with a

24   normal amount of leverage, let's say six times, we

25   could make 100, $150,000 a month.  I have done that

1   before with this strategy actually.

2   Q.          So I guess what I've been trying to

3   understand since we had that initial debtor

4   interview is how you would be legally authorized to

5   manage funds for anyone else while the litigation is

6   pending in New York.  There's no restriction there?

7              MR. TEW:  There is no restriction

8   and it is all my intellectual property.  Now, I will

9   be pushing --

10  Q.          You have --

11             MR. TEW:  -- no button- --

12  Q.          -- a broker's license?

13             MR. TEW:  I do not.

14  Q.          Okay.

15             MR. TEW:  I have -- these are old

16  guys that I came into the business with.  This is a

17  handshake deal.  And they will -- I've set it up so

18  that they are doing -- they are licensed and they

19  will be doing the trading and I will communicate to

20  them how to do the trading.  It's a consulting-type

21  arrangement, which I'm allowed to --

22  Q.          With -- okay.  So you're consulting with

23  whoever is actually I guess licensed to do it,

24  you'll be consulting with them on the investments

25  for --

 1                    MR. TEW:  That's correct.

 2    Q.           -- this friend of yours' assets?

 3                    MR. TEW:  That's correct.

 4    Q.           And when do you expect that arrangement

 5    to begin generating any source of income?

 6                    MR. TEW:  I hope -- we've got test

 7    trades up in mid -- I want to say the end of

 8    September, mid October.  Full-blown revenue,

 9    probably November.  It's -- you know, you never

10    quite know.  You have to get through -- you have

11    to -- how do I explain this.  These are very

12    sophisticated computer algorithms.  They are very

13    sophisticated, high-level mathematics, and they have

14    to be tested to be sure they're working right.

15                    I wrote the algorithms.  The trading

16    team does not know how to test them.  I have got to

17    teach them how to test them.  I don't quite know,

18    Ms. Bird, how long that's going to take.  I wish I

19    did.  I wish I did know how long it was going to

20    take.  I don't know.

21    Q.           When you say you assembled a trading

22    team, I presume that's not really under your name,

23    because I don't know -- how would they be getting

24    paid if you've assembled a trading team?

25    A.           I've assembled a trading team.  It is

1    not under -- under my name.  The one person who has

2    the con- -- who has the official regulatory control

3    over the account has hired the rest of the team as

4    consultants to engage in the trade.

5    Q.        And has there been a consulting

6    agreement drafted up at this point for what you're

7    supposed to be doing with them?

8              MR. TEW:  Not yet, no.

9    Q.        And will there be a sale of this

10   intellectual property that you created, these

11   algorithms, or will be a license; like how is that

12   going to work?

13             MR. TEW:  I just have a profit

14   split.  I'd rather not sell my intellectual property

15   at this point.  I'd rather not.

16   Q.        Well, do you have a value that would be

17   placed on that intellectual property?  Because I

18   don't recall if it was on your schedules or not.

19   But if that algorithm is as valuable as you suggest

20   it may be, it seems like it would have some value to

21   be added to the schedules.

22             MR. TEW:  Well, intellectual

23   property has value in financial services kind of.

24   If you -- and I have sold intellectual property,

25   when we -- different algorithms.  When we sold our

1    company to New York Life at 9/11, they took over a

2    certain type of intellectual property they had at

3    that time.

4              Intellectual property in financial

5    services always erodes and thus there are virtually

6    no -- no patents, no licensing agreements, nothing

7    made in intellectual property firms.  They just --

8    because you can't really compute it.  I wish I could

9    tell you a better answer.  That's the best answer I

10   can give you.

11   Q.         So, Mrs. Tew, would you have any other

12   income besides what you're doing currently with

13   this -- I forget the name of the entity, but...

14              MRS. TEW:  With Burr Oak?

15   Q.         Yeah, your 1099 income.

16              MRS. TEW:  Oh.  Not at -- not

17   currently.

18   Q.         Okay.

19              MRS. TEW:  You know, I would like

20   to say yes, but when, you know, people want to do a

21   background check or any kind of compliance check and

22   they see you're being sued by a foreign government,

23   you don't get a lot of interviews or callbacks.

24   Q.         Yeah.  No, I understand that.  I'm just

25   trying to --

1           MRS. TEW:   (Inaudible).

2    Q.          My role as the subchapter 5 trustee is

3    to work towards what's hopefully a consensual plan

4    in this case and I'm trying to wrap my arms around

5    whether there's going to be a plan in this case or

6    the other that's jointly administered, because

7    I can't figure out where the income is going to be

8    coming from in either case right now, so, that's --

9           MRS. TEW:   Uh-huh. (Affirmative)

10   Q.          -- sort of the line of questioning that

11   I have.  There's a 90-day window to file this

12   subchapter 5 plan and so I'm struggling with how

13   we're supposed to put one together that's going to

14   appease people.

15           The other question I have you-all is

16   that, your schedules, your SOFA, reflects that you

17   really basically have had no income, or very little

18   income, for the past couple of years.

19           MR. TEW:   Uh-huh. (Affirmative)

20   Q.          But clearly, to have the house that you

21   have and some of the assets that you do, you've had

22   significant income in the past.  So...

23           MR. TEW:   That's correct.

24   Q.          Was all of that related to this

25   retirement investment thing that's all under, you

1    know, litigation in New York?

2                   MR. TEW:  Yes, ma'am.

3    Q.          So that was your sole source --

4                   MR. TEW:  (Inaudible).

5    Q.          -- of income for both of you-all up

6    until when?

7                   MR. TEW:  2013.

8    Q.          And so what have you done to survive,

9    then, the last few years?  Because a $3.6 million

10   house is a pretty sizable obligation?

11                  MR. TEW:  We have lived on our

12   savings, what we had, and did not have as we -- as

13   we searched to try to...after the DOL litigation was

14   closed and I was released favorably in '15, I could

15   then go get accounts and do the trading myself.  We

16   began to do that and generated significant income.

17   And then along comes SKAT in '18, and so everything

18   stops again, and we're just trying to get through

19   SKAT right now.

20   Q.          So are you current on your debts up

21   until 2018, then?

22                  MRS. TEW:  Yes.

23                  MR. TEW:  Yeah.  Uh-huh.  Then we

24   just ran out of money.

25   Q.          So what does a plan look like for

1    you-all?  Are you trying to or expecting to keep

2    your home?

3            MR. TEW:  A plan for me looks like

4    at least $100,000 in trading revenue a month, which

5    goes into my pension plan actually, and that can be

6    extracted out of another Roth that I have that has

7    virtually no (Inaudible) income, but another Roth

8    that I have tax-free, so that money can come out and

9    pay bills and pay mortgages and liquidate debts and

10   do lots of things.

11   Q.        Well, let's also, if we talk about, you

12   know, potential assets, one thing that I think was

13   skipped over is the claims that are listed that you

14   have against I think Liberty and I forget the other

15   insurance -- or Travelers or somebody.

16            MR. TEW:  Yes.

17   Q.        How valuable are those claims?

18   A.        There are five of them.  They are binary

19   in nature.  They get better all the time, as we get

20   SKAT more cornered via our children's depositions.

21   They get more valuable all the time.  We will either

22   get nothing out of them or the limits will be on the

23   side, that's nine million, nine million, five

24   million, five million, two million.  So it's a lot

25   of -- it's a lot of money.  The insurance company --

1    Q.            And are those just started?  Are those

2    just --

3                    MR. TEW:  What?

4    Q.            -- filed, those insurance claims?

5                    MR. TEW:  No.  They've been going

6    for a while.  They've been going for several --

7    Q.            Okay.

8                    MR. TEW:  -- months.

9    Q.            Okay.

10                   MR. TEW:  I hope to have some of

11   those --

12   Q.            Sorry.  I didn't mean to interrupt you.

13                   MR. TEW:  I'm sorry.  I hope to

14   have some of those resolved by the end of this year.

15   We're making good progress on them.  The depositions

16   for our children, some of the insurance companies

17   were in those depositions.

18   Q.            Are they defending you-all or -- I

19   presume that that's the whole point is that they

20   aren't defending you and that's what the lawsuits

21   are based on.

22                   MR. TEW:  You're exactly correct.

23   That's the whole point.

24   Q.            Okay.

25                   MR. TEW:  That's the whole --

1    Q.          So they're not defending you-all in the

2    SKAT litigation in New York?

3               MR. TEW:  That's correct.  Or in

4    Denmark.

5    Q.          And was it D&O insurance or what kind of

6    insurance was it?

7               MR. TEW:  Our E&O insurance

8               expired.  The rest is for personal

9               liability, which as you read the

10              SKAT cases, you'll see that that's what

11              it's all about, personal liability.

12   Q.          Okay.

13              MS. BIRD:  That I think is all the

14              questions I have for now, John.

15              MR. TEW:  When we are done, may we

16              speak to you just a minute and Dean when

17              we're done with this?

18              MS. BIRD:  Sure.

19              MR. TEW:  Okay.

20              MR. POWELL:  This is Tyler Powell.

21              I have a question too.  Is that okay?

22              MR. DAUGHERTY:  Yeah.

23              -----------------------

24

25

1                          <u>EXAMINATION</u>

2    <u>BY MR. POWELL</u>:

3    Q.          Just, Mr. and Mrs. Tew, postpetition you

4    made -- you're making no payments to any of the

5    creditors on the real property in Woodford County?

6                          MR. TEW:  That's correct.  We can't

7    right now.  That's correct.

8    Q.          Okay.  And you don't anticipate being

9    able to make a payment until this trading system is

10   up and running and that is November at the earliest?

11                         MR. TEW:  I would think October,

12   November, December, Tyler, that's correct.

13   Q.          And when you talked about 100 to 150, is

14   that what you might be receiving or is that the

15   gross number --

16                         MR. TEW:  No.  That's my --

17   Q.          -- that is subject to allocation or --

18                         MR. TEW:  No.  That is my

19   allocation, based on the market conditions as they

20   exist and have existed for several years.  It's my

21   allocation.

22   Q.          And homeowner's insurance right now has

23   been forced placed by the first mortgage holder?

24                         MR. TEW:  That's correct.

25   Q.          And do you have any details on that?

1          MR. TEW:  I do not.

2     Q.          Okay.  And I guess, you know, this is a

3     new area of the law, but the initial timeline to

4     propose a plan into the end of October, is it your

5     intention that you'll make that deadline to have a

6     plan?

7          MR. TEW:  Yes.  And with some --

8     some sort of evidence of the starting of trading,

9     yes.  That is our intention.

10    Q.          Okay.

11         MR. TEW:  The more -- the more

12    litigation that the creditors file being -- it's why

13    we did bankruptcy.  The more litigation that the

14    creditors file in Woodford County or in SKAT, the --

15    you start all over with the trading income.  You

16    start all over.  Every time a creditor, such as

17    yourself, Central Bank, files a motion, you start

18    all over in compliance and trading banks.

19              MR. POWELL:  Okay.  I think that's

20              all the questions I've got.

21              MR. DAUGHERTY:  All right.  That's

22              all I have.  We will conclude the

23              meeting now.  And I guess, Dean, if you

24              want to talk now, I mean, that's fine.

25              We're off the record now.

1    STATE OF KENTUCKY )

2    COUNTY OF FAYETTE )

3

4         I, DANIEL F. LENNON, REGISTERED

5    PROFESSIONAL REPORTER AND NOTARY PUBLIC, State of

6    Kentucky at Large, certify that the facts stated in

7    the caption hereto are true; that at the time and

8    place stated in said caption the foregoing meeting

9    took place; that said record was later reduced to

10   typewriting by computer via an electronic audio file

11   provided to me, under my direction and supervision,

12   and the foregoing is a true and complete record of

13   the recorded proceedings, to the best of my ability.

14        My commission expires:  December 3, 2020.

15        In testimony whereof, I have hereunto set my

16   hand on this the 17th day of September, 2020.

17

18                         _____
                           DANIEL F. LENNON
19                         Registered Professional Reporter
                           Notary Public, State-At-Large
20

21

22

23

24

25

---------------------

**–**

---------------------

**$**

$100,000   (42:4)
$150,000   (35:25)
$3.6   (41:9)
$41   (14:19)
$60   (11:23)

**★**

* ^* ^* ^*   (1:8) (1:16)
* ^* ^* ^* ^*   (1:8)
* ^* ^* ^* ^*   (1:16)

**1**

1   (3:3)
100   (2:23) (35:25) (45:13)
1099   (33:23) (33:24)
(39:15)
11   (1:2)

**'**

'11   (7:24)
'12   (7:24)

**1**

13   (17:9)

**'**

'13   (7:24) (11:3)

**1**

14   (7:2) (29:21)

**'**

'14   (7:24) (11:3)

**1**

14.4   (9:8)
15   (3:6) (3:7) (14:17)
(15:21) (17:9)

**'**

'15   (7:24) (41:14)

**1**

150   (45:13)
175   (2:9)
17th   (47:16)
18   (3:7)

**'**

'18   (41:17)

**1**

19   (3:8) (28:7)

**2**

2   (3:4)
200   (2:4) (2:9)
2013   (26:16) (28:7) (41:7)
2018   (10:20) (11:21)
(41:21)
2020   (1:11) (47:14)
(47:16)
20-51078   (4:2)
20-51078-tnw   (1:2)
21   (6:22) (9:12)
2'13   (26:15)
24   (9:13)
250   (2:14)
26   (1:11)
275   (14:15) (16:14)

2800   (2:14)

**3**

3   (3:4) (47:14)
3,000   (26:10)
30   (12:25)
31   (17:15) (19:17)
34   (3:8) (3:9)
341   (1:5) (19:5)
35   (21:6)

**4**

4   (3:5)
4.5   (9:13)
4.6   (9:13)
40   (31:24)
401   (26:8) (27:8) (31:11)
(31:12)
40202   (2:19)
40507   (2:5) (2:9) (2:14)
(2:24)
44   (3:9)
45   (3:10)
46   (3:10)
47   (3:11)

**5**

5   (2:16) (3:5) (3:6)
(4:11) (34:6) (40:2) (40:12)
500   (2:23)
58   (6:22)

**7**

7   (6:22)
7,000   (29:9)
710   (2:18)

**8**

81/100   (26:2)

**9**

9/11   (39:1)
90   (28:4)
90-day   (40:11)

**A**

A/B   (6:21) (30:3)
ability   (9:20) (34:15)
(47:13)
able   (13:2) (45:9)
account   (9:9) (34:25)
(35:2) (35:9) (38:3)
accounts   (11:12) (12:19)
(16:18) (32:16) (32:24)
(33:1) (41:15)
accumulated   (29:25)
activity   (31:11)
actual   (22:18)
actually   (14:11) (26:14)
(29:3) (36:1) (36:23) (42:5)
added   (38:21)
additional   (34:3)
administered   (40:6)
advisor   (23:21)
affirm   (5:12)
Affirmative   (13:17)
(19:1) (24:14) (33:22)
(40:9) (40:19)
after   (26:15) (26:16)
(31:4) (41:13)
Again   (4:2) (4:7) (30:15)
(41:18)
against   (9:19) (10:9)
(10:13) (11:9) (15:16)
(15:17) (24:5) (42:14)

ago   (24:25)
agreed   (26:18) (26:19)
agreement   (38:6)
agreements   (39:6)
ahead   (19:12) (20:10)
(23:10)
algorithm   (38:19)
algorithms   (37:12)
(37:15) (38:11) (38:25)
All   (4:9) (6:10) (6:15)
(6:19) (8:21) (9:17)
(11:18) (11:21) (12:5)
(12:10) (12:15) (13:1)
(14:8) (18:1) (19:18)
(20:6) (22:1) (22:3)
(22:25) (23:4) (25:3)
(25:11) (25:24) (26:10)
(26:16) (26:24) (27:1)
(29:16) (30:2) (31:4)
(31:16) (31:22) (32:22)
(33:1) (33:2) (33:13)
(36:8) (40:24) (40:25)
(42:19) (42:21) (44:11)
(44:13) (46:15) (46:16)
(46:18) (46:20) (46:21)
(46:22)
alle-   (22:2)
allegation   (15:17)
(15:19) (16:11)
allegations   (11:8)
(15:15)
alleged   (14:16) (21:24)
alleges   (13:11)
alleging   (16:6)
allocation   (45:17)
(45:19) (45:21)
allowed   (12:11) (21:10)
(32:13) (35:5) (36:21)
along   (41:17)
always   (39:5)
amendment   (6:11)
American   (7:7)
amount   (11:23) (26:15)
(35:7) (35:24)
amounts   (20:7)
ANDREA   (1:5) (1:7) (1:10)
(4:1) (4:11) (5:4) (5:19)
Andrea's   (28:1)
animals   (18:7) (18:9)
another   (20:1) (26:24)
(27:7) (28:24) (42:6) (42:7)
answer   (24:15) (39:9)
anticipate   (35:19)
(35:23) (45:8)
any   (4:8) (6:10) (18:6)
(18:8) (20:21) (23:4)
(34:2) (34:4) (34:20)
(37:5) (39:11) (39:21)
(45:4) (45:25)
anybody   (16:21) (17:5)
anyone   (17:7) (34:4)
(36:5)
anything   (6:11)
Anyway   (20:2)
anywhere   (20:3) (26:17)
apologize   (8:11)
Appearance   (3:4)
APPEARANCES   (2:1) (4:5)
appearing   (4:13)
appease   (40:14)
apply   (12:8)
approved   (11:13) (11:14)
(26:23)
arbitrage   (35:23)
area   (46:3)

bills
aren't   (43:20)
ARH   (27:20)
arms   (40:4)
around   (18:4) (40:4)
arrangement   (36:21)
(37:4)
ask   (6:15) (31:23)
asked   (23:17)
asking   (5:24)
assembled   (37:21)
(37:24) (37:25)
assertions   (15:12)
assets   (35:16) (35:19)
(37:2) (40:21) (42:12)
assets to   (28:14)
Assistant   (4:3)
associated   (35:9)
attended   (34:10)
attorney   (19:17)
attorneys   (19:18)
audio   (1:12) (16:1)
(47:10)
August   (1:11)
authority   (11:11) (12:9)
authorized   (36:4)
auto   (26:3) (28:17)
(30:13) (30:23)

**B**

back   (5:25) (7:24) (18:3)
(18:21) (30:14) (31:14)
(31:15)
background   (39:21)
bad   (12:22) (19:24) (20:1)
(33:1) (46:17)
BANK   (2:11) (4:14) (7:22)
BANKRUPTCY   (1:1) (1:2)
(17:2) (17:12) (18:8)
(46:13)
banks   (12:2) (46:18)
based   (31:16) (43:21)
(45:19)
basically   (40:17)
because   (16:25) (20:5)
(23:24) (30:16) (37:23)
(38:17) (39:8) (40:6) (41:9)
become   (12:20)
been   (5:20) (7:11) (7:14)
(10:20) (13:2) (16:12)
(21:5) (22:9) (29:3) (36:2)
(38:5) (43:5) (43:6) (45:23)
before   (4:21) (10:24)
(36:1)
began   (41:16)
begin   (37:5)
BEHALF   (2:2) (2:7) (2:11)
(2:21) (17:7) (20:22)
being   (21:1) (39:22)
(45:8) (46:12)
beneath   (8:9)
beneficiaries   (21:16)
(28:23) (31:7)
beneficiary   (21:10)
(24:10) (24:13) (24:17)
(24:18)
benefit   (26:13)
BERNARD   (1:5) (1:6)
(1:10) (4:1) (5:19)
Bernie   (4:17) (23:10)
besides   (39:12)
best   (5:13) (6:7) (7:17)
(7:18) (9:20) (39:9) (47:13)
better   (39:9) (42:19)
billion   (11:23) (14:16)
bills   (42:9)

**binary** (42:18)
**Bird** (2:17) (3:7) (3:9)
(4:11) (15:5) (15:9) (17:4)
(18:23) (19:4) (21:22)
(22:6) (22:16) (22:21)
(34:5) (34:9) (37:18)
(44:13) (44:18)
**Bluegrass** (24:1) (29:14)
(30:4) (30:19)
**bo-** (22:23)
**bogus** (22:24)
**book** (14:21)
**bookkeeping** (33:14)
**both** (5:8) (5:11) (7:16)
(9:21) (17:13) (21:15)
(41:5)
**break** (21:9) (21:19)
**British** (7:8)
**broker** (7:21) (7:22)
**brokerage** (32:24) (35:6)
(35:9)
**broker's** (36:12)
**Brown** (2:13)
**Burr** (33:4) (33:6)
(33:16) (39:14)
**business** (21:6) (21:8)
(33:11) (36:16)
**button-** (36:11)
**buy** (12:7)
**buys** (33:8)

### C

**Caldwell** (26:23)
**call** (1:11) (17:15)
(18:22)
**callbacks** (39:23)
**came** (36:16)
**Campbell** (17:13)
**Can** (4:5) (7:3) (9:5)
(9:19) (12:25) (14:23)
(14:24) (15:3) (15:24)
(16:19) (21:11) (22:5)
(22:11) (22:14) (23:8)
(31:15) (31:23) (34:19)
(34:25) (35:18) (39:10)
(42:5) (42:8)
**cannot** (22:15)
**can't** (10:24) (16:19)
(22:16) (22:17) (25:21)
(32:18) (39:8) (45:6)
**Capital** (18:16) (33:4)
(33:6) (33:16)
**Caption** (3:3) (47:7)
(47:8)
**cards** (4:22)
**career** (26:11)
**Case** (4:2) (4:8) (6:4)
(16:22) (18:8) (19:18)
(40:4) (40:5) (40:8)
**cases** (12:21) (14:15)
(16:22) (17:1) (17:21)
(20:4) (21:11) (21:15)
(22:1) (22:4)
**casting** (26:3)
**castings** (28:17) (30:13)
**Center** (2:13) (7:8)
**CENTRAL** (2:11) (4:14)
(26:3) (28:17) (29:11)
(30:13) (46:17)
**certain** (35:3) (39:2)
**Certificate** (3:11)
**certify** (47:6)
**cetera** (20:5)
**change** (22:3)
**CHAPTER** (1:2)

**Charity** (2:17) (4:11)
(15:18) (19:2) (22:1) (34:5)
**Check** (11:1) (11:2)
(11:6) (39:21)
**children** (19:3) (19:13)
(20:12) (21:15) (26:12)
(43:16)
**children's** (22:12)
(42:20)
**church** (23:16)
**claim** (9:18) (9:20) (9:21)
**claimed** (14:17) (14:25)
(16:16)
**claims** (19:14) (19:17)
(42:13) (42:17) (43:4)
**clear** (31:17)
**clearly** (40:20)
**close** (26:24)
**closed** (10:14) (41:14)
**Cohen** (9:14)
**Cohen's** (10:23)
**collectively** (15:22)
(28:15) (28:16)
**come** (12:16) (31:14)
(31:15) (42:8)
**comes** (25:12) (41:17)
**coming** (40:8)
**commission** (47:14)
**communicate** (36:19)
**companies** (15:14) (16:2)
(16:6) (16:9) (21:25)
(22:18) (22:20) (22:23)
(23:3) (23:5) (28:9)
(28:24) (29:7) (29:13)
(30:25) (43:16)
**company** (7:7) (14:21)
(23:12) (23:15) (23:18)
(23:24) (24:1) (25:10)
(25:11) (26:6) (28:4)
(30:20) (33:7) (39:1)
(42:25)
**compensated** (25:19)
**compensation** (25:16)
(26:1) (26:7) (26:9)
(26:20) (26:25) (28:6)
(35:18)
**complaints** (15:10)
**complete** (47:12)
**compliance** (39:21)
(46:18)
**comport** (15:15)
**compute** (39:8)
**computer** (37:12) (47:10)
**con-** (38:2)
**conclude** (46:22)
**conditions** (45:19)
**conference** (1:11)
**consensual** (30:3)
**construction** (33:12)
**consultants** (38:4)
**consulting** (23:13)
(36:22) (36:24) (38:5)
**consulting-type** (36:20)
**contacted** (17:4)
**contention** (10:12)
**Cont'g** (19:10) (23:7)
**contingent** (9:18) (10:9)
(10:19)
**Continuing** (3:8)
**contractor** (33:24)
**contributions** (28:5)
**control** (38:2)
**controller** (33:4)
**conversation** (19:13)
**copies** (6:2)

**cornered** (42:20)
**corporate** (8:1) (28:20)
**correct** (4:25) (5:13)
(6:7) (8:5) (9:10) (14:12)
(24:6) (24:7) (32:1) (37:1)
(37:3) (40:23) (43:22)
(44:3) (45:6) (45:7)
(45:12) (45:24)
**correctly** (14:7)
**Costa** (12:3)
**could** (5:1) (5:2) (6:16)
(8:23) (11:2) (11:7) (15:5)
(26:21) (32:17) (33:4)
(35:25) (39:8) (41:14)
**counsel** (4:15)
**counselors** (26:21)
**countries** (19:19)
**country** (20:8) (26:10)
**County** (45:5) (46:14)
(47:2)
**couple** (20:14) (20:15)
(40:18)
**COURT** (1:1) (6:4) (16:20)
(21:12)
**court's** (6:24)
**Craig** (9:13) (10:23)
**Crazy** (17:16)
**created** (38:10)
**creditor** (9:13) (9:14)
(46:16)
**CREDITORS** (1:5) (45:5)
(46:1) (46:14)
**criminal** (19:21) (19:22)
**current** (41:20)
**currently** (6:1) (10:15)
(32:15) (39:12) (39:17)
**custodian** (7:23)
**custodied** (12:5)
**cut** (19:8)

### D

**Dame** (18:19)
**DANIEL** (1:13) (47:4)
(47:18)
**Danish** (15:13) (17:10)
(23:5)
**date** (32:4) (32:7)
**Daugherty** (2:22) (3:6)
(3:8) (4:1) (4:3) (4:6)
(4:10) (4:19) (5:6) (5:10)
(5:17) (5:23) (8:22) (9:1)
(9:4) (13:18) (13:21)
(13:24) (18:21) (18:24)
(19:7) (19:11) (23:7)
(34:2) (44:22) (46:21)
**daughter** (17:13)
**Dave** (9:14)
**day** (23:17) (47:16)
**deadline** (46:5)
**deal** (36:17)
**Dean** (2:3) (4:15) (7:12)
(8:23) (12:21) (17:5)
(25:1) (44:16) (46:23)
**DEBTOR** (2:2) (34:11)
(36:3)
**DEBTORS** (1:7) (4:16)
**debts** (41:20) (42:9)
**December** (45:12) (47:14)
**decided** (11:21) (23:13)
**defendant** (12:20) (24:4)
(24:8)
**defendants** (17:18)
(17:21)
**defending** (25:8) (43:18)
(43:20) (44:1)

**DelCotto** (2:4)
**Denmark** (7:17) (7:24)
(10:3) (11:11) (12:18)
(14:14) (17:10) (17:11)
(20:8) (44:4)
**Department** (26:20)
**depend** (35:21)
**depends** (7:2)
**deposed** (17:14) (19:14)
(19:15)
**depositions** (19:2)
(20:2) (42:20) (43:15)
(43:17)
**deserve** (16:18)
**desig-** (35:15)
**details** (45:25)
**didn't** (15:14) (16:3)
(16:17)
**different** (14:21)
(19:18) (25:13) (25:14)
(26:6) (28:19) (33:13)
(38:25)
**difficult** (12:23)
**digital** (1:12)
**direction** (47:11)
**discovered** (22:9)
**discussed** (34:14) (34:15)
**Distorted** (16:1)
**DISTRICT** (1:1)
**dividend** (12:7) (22:14)
**dividends** (13:13)
**documents** (12:17) (13:1)
(14:13) (25:6) (25:9)
**Does** (8:6) (15:14) (33:9)
(37:16) (41:25)
**doing** (12:2) (36:18)
(36:19) (38:7) (39:12)
**DOL** (11:16) (11:18)
(31:4) (31:5) (31:17)
(41:13)
**dollars** (14:16)
**done** (7:7) (7:23) (23:24)
(30:15) (30:18) (35:25)
(41:8) (44:15) (44:17)
**don't** (4:8) (5:1) (9:1)
(10:10) (11:5) (12:11)
(12:24) (25:7) (29:2)
(29:4) (34:2) (35:20)
(37:17) (37:20) (37:23)
(38:18) (39:23) (45:8)
**down** (9:5) (18:4) (32:23)
**drafted** (38:6)
**driver's** (4:22)
**dropped** (18:22)
**duly** (5:20)
**during** (26:10)

### E

**earliest** (45:10)
**earn** (34:5)
**East** (2:9) (2:23)
**EASTERN** (1:1)
**EDF** (7:6) (7:19) (7:21)
(8:15) (10:2) (12:6) (12:9)
(12:15) (12:17) (14:20)
(14:25) (16:16) (22:8)
(25:12)
**either** (40:8) (42:21)
**electronic** (47:10)
**else** (34:4) (36:5)
**embezzling** (11:17)
**employees** (28:23) (29:9)
**employees'** (30:18)
**encourage** (12:14)
**end** (37:7) (43:14) (46:4)

**enforce**        **initial**

**enforce** (21:18)
**engage** (38:4)
**engaged** (35:21)
**Enterprise-** (23:14)
**Enterprises** (23:9)
(23:11) (23:15) (23:20)
(23:24) (24:5) (24:11)
(27:24)
**entities** (27:6)
**entity** (25:17) (39:13)
**erodes** (39:5)
**erred** (14:24)
**Eur-** (12:12)
**Europe** (11:22) (12:11)
(22:10)
**European** (19:19)
**even** (16:17)
**Every** (46:16)
**everything** (10:22)
(32:22) (41:17)
**evidence** (46:8)
**exact** (21:11) (29:3)
**exactly** (7:19) (10:25)
(11:5) (12:25) (14:2)
(43:22)
**examination** (1:10) (3:6)
(3:7) (3:8) (3:10) (5:22)
(15:8) (11:10) (45:1)
**examined** (5:21) (11:14)
(11:16) (11:18) (14:9)
**examiners** (23:22) (23:23)
**exchanges** (23:6)
**excuse** (15:3) (30:12)
(32:10)
**exist** (15:14) (45:20)
**existed** (45:20)
**exited** (31:4) (32:24)
(32:25)
**expect** (37:4)
**expecting** (42:1)
**expensive** (31:18)
**expired** (44:8)
**expires** (47:14)
**explain** (7:3) (9:19)
(11:8) (31:9) (33:4) (37:11)
**extent** (22:8)
**extracted** (42:6)

**F**

**fact** (12:2) (16:18) (22:5)
**facts** (47:6)
**fake** (16:1) (16:6)
**false** (12:18) (22:10)
**falsely** (16:16)
**family** (14:18) (26:12)
(27:6) (27:9) (27:11)
(27:15) (27:17) (27:19)
(27:21) (29:15) (31:3)
(31:4) (31:16) (31:21)
(32:14) (32:20) (32:23)
**family's** (7:25) (25:24)
(26:8)
**far** (35:8)
**Farms** (27:14) (27:16)
(27:18) (27:20)
**fashion** (35:4)
**favorably** (41:14)
**FAYETTE** (47:2)
**fear** (25:3)
**federal** (21:19)
**fees** (20:7) (26:13)
(26:15) (26:16) (34:9)
**few** (5:25) (24:25) (41:9)
**fictional** (19:21)
**fictitional** (23:3)

**fictitious** (16:12)
(21:25)
**fiduciary** (26:18) (26:21)
**fighting** (17:10)
**figure** (26:22) (27:5)
(40:7)
**file** (1:12) (6:11)
(11:21) (40:11) (46:12)
(46:14) (47:10)
**filed** (6:3) (12:17)
(12:18) (32:22) (43:4)
**files** (46:17)
**filing** (32:4) (32:7)
**fill** (14:12)
**filled** (14:13)
**Financial** (2:13) (25:10)
(32:22) (38:23) (39:4)
**find** (26:2) (32:17)
**finding** (6:20)
**fine** (8:14) (11:20)
(13:25) (19:6) (46:24)
**firm** (35:6) (35:9)
**firms** (20:7) (39:7)
**first** (5:20) (45:23)
**five** (31:14) (42:18)
(42:23) (42:24)
**Floor** (2:18)
**follows** (5:21)
**forced** (45:23)
**foregoing** (47:8) (47:12)
**foreign** (21:18) (39:22)
**forget** (39:13) (42:14)
**form** (23:4) (26:21)
**forms** (6:20)
**forth** (30:14)
**forward** (17:17)
**found** (11:17) (24:3)
**four** (10:11) (28:19)
**Fourth** (2:18)
**frame** (10:18)
**fraud** (11:22) (11:25)
**fraudulently** (13:12)
(14:17)
**friend** (35:1) (37:2)
**friends** (34:23)
**friend's** (35:11)
**from** (7:6) (7:15) (11:17)
(12:9) (13:1) (13:15)
(14:12) (14:20) (16:21)
(17:1) (17:6) (19:18)
(20:7) (23:12) (24:21)
(25:6) (25:10) (28:24)
(32:24) (32:25) (33:1)
(35:19) (40:8)
**front** (6:17) (7:8)
**Frost** (2:13)
**Full-blown** (37:8)
**fund** (9:19) (9:22) (28:6)
(30:15) (30:17) (34:17)
**funds** (10:1) (10:13)
(10:15) (36:5)
**future** (34:16) (34:21)

**G**

**garnish** (20:7)
**generated** (41:16)
**generating** (37:5)
**gentlemen** (9:22)
**George** (4:9) (19:25)
(23:16)
**George's** (28:20)
**Germany** (12:1)
**get** (12:7) (16:19) (20:4)
(22:15) (32:18) (37:10)
(39:23) (41:15) (41:18)

(42:19) (42:21) (42:22)
**getting** (4:9) (37:23)
**give** (5:13) (15:4) (35:6)
(39:10)
**giving** (12:1)
**goal** (14:3)
**goes** (21:14) (42:5)
**going** (4:9) (6:15) (18:3)
(35:10) (37:18) (37:19)
(38:12) (40:5) (40:7)
(40:13) (43:5) (43:6)
**gone** (17:17) (34:20)
**good** (43:15)
**got** (3:13) (13:15) (15:1)
(18:22) (25:6) (37:6)
(37:16) (46:20)
**gotten** (13:1)
**government** (13:11)
(31:12) (31:14) (39:22)
**gross** (45:15)
**Group** (2:4) (28:2)
(28:12) (28:18) (28:21)
(29:12) (29:14) (30:4)
(30:23) (31:1) (31:8)
**guess** (15:14) (21:1)
(36:2) (36:23) (46:2)
(46:23)
**guy** (12:14) (19:20)
(19:22)
**guys** (7:15) (12:22)
(15:17) (18:8) (18:14)
(34:19) (36:16)

**H**

**hand** (47:16)
**handled** (12:9)
**hands** (5:12) (32:18)
**handshake** (36:17)
**happened** (12:16) (17:3)
(18:25)
**happy** (8:24)
**hard** (21:9)
**has** (7:16) (12:16)
(16:12) (17:5) (21:10)
(22:9) (25:5) (29:21)
(38:1) (38:2) (38:3) (38:5)
(38:23) (42:6) (45:22)
**hasn't** (13:10)
**having** (5:20) (6:20)
(26:9)
**head** (21:7) (26:11)
**header** (6:24)
**headway** (34:20) (34:23)
**hear** (16:3) (24:15)
**heard** (5:2) (16:21) (17:6)
**hearing** (4:23)
**hedge** (30:15) (30:17)
**held** (10:2)
**help** (33:10)
**her** (5:2)
**here** (4:18) (4:20) (5:4)
(6:21) (6:25) (7:1) (8:2)
(12:19) (13:8) (15:4)
(15:6) (16:7) (20:5) (24:4)
(30:2) (31:23) (33:7)
**hereto** (47:7)
**hereunto** (47:15)
**herself** (5:3)
**he's** (12:3)
**high-level** (37:13)
**hijacked** (19:5)
**him** (12:12) (12:15)
(19:23) (33:10)
**himself** (33:9)
**hired** (12:10) (14:7)

(38:3)
**his** (21:11) (23:17)
(26:8) (26:12) (31:4)
(33:19) (35:16) (35:19)
**Hofmeister** (7:25)
(11:16) (19:25) (23:16)
(27:9) (27:10) (27:15)
(27:17) (27:19) (27:21)
(29:13) (30:10) (30:11)
(30:12) (30:24) (31:16)
**Hofmeister's** (11:12)
(14:18) (26:6) (26:19)
(28:3) (31:2)
**holder** (45:23)
**Holland** (10:3) (11:19)
**home** (42:14)
**homeowner's** (45:22)
**hope** (37:6) (43:10)
**hopefully** (40:3)
**house** (40:20) (41:10)
**How** (10:7) (10:8) (12:24)
(13:2) (13:3) (14:1)
(25:16) (31:6) (33:15)
(33:16) (34:24) (35:18)
(36:4) (36:20) (37:11)
(37:16) (37:17) (37:18)
(37:19) (37:23) (38:11)
(40:12) (42:7)
**however** (4:7)
**Hubbard** (17:14) (19:16)
**huge** (20:7)
**Hughes** (17:14) (19:16)
**humor** (30:2)
**hurt** (12:23)

**I**

**I am** (12:5)
**I believe** (17:15)
**I can't** (40:7)
**I didn't** (24:15) (43:12)
**I guess** (16:6)
**I had** (18:4) (26:25)
**I have** (25:9) (40:11)
(40:15) (42:8) (44:21)
**I hired** (19:23)
**I hope** (43:13)
**I missed** (19:12)
**I'd** (5:11) (11:6) (18:1)
(38:14) (38:15)
**identify** (5:2)
**I'll** (4:3) (6:17) (10:20)
(27:13) (35:15)
**illegal** (25:25)
**improbable** (21:13)
**Inaudible** (18:2) (18:5)
(21:4) (25:23) (34:18)
(40:1) (41:4) (42:7)
**include** (26:12)
**income** (34:15) (34:21)
(37:5) (39:12) (39:15)
(40:7) (40:17) (40:18)
(40:22) (41:5) (41:16)
(42:7) (46:15)
**incurred** (10:20) (10:23)
(10:24) (26:13)
**INDEX** (3:1) (3:4)
**indicates** (9:8)
**individual** (4:8)
**individually** (15:12)
**industrial** (26:2) (26:4)
(28:2) (28:4) (28:8)
(28:18) (30:11) (30:25)
**information** (16:13)
**initial** (34:11) (36:3)
(46:3)

innocuously   (25:6)

**innocuously**   (25:6)
**insurance**   (42:15)
(42:25) (43:4) (43:16)
(44:5) (44:6) (44:7) (45:22)
**intellectual**   (36:8)
(38:10) (38:14) (38:17)
(38:22) (38:24) (39:2)
(39:4) (39:7)
**intention**   (46:5) (46:9)
**interest**   (4:8)
**interesting**   (14:22)
**interject**   (13:8)
**international**   (19:21)
**interrupt**   (43:12)
**interview**   (34:11) (36:4)
**interviews**   (39:23)
**into**   (13:12) (31:15)
(36:16) (42:5) (46:4)
**Introduction**   (3:5)
**invest**   (28:13) (28:14)
(28:15) (31:10)
**invested**   (9:22) (28:18)
(30:11)
**investment**   (23:21)
(23:25) (24:2) (25:17)
(30:19) (31:25) (32:12)
(40:25)
**investments**   (30:8)
(30:10) (32:16) (36:24)
**investors**   (33:10)
**invests**   (31:11)
**involved**   (12:5)
**involves**   (33:5)
**IRA**   (7:1) (7:4) (7:20)
(7:25) (8:2) (8:3) (8:5)
(8:6) (8:7) (8:15) (8:18)
(9:25) (20:18) (29:19)
(29:20) (30:3)
**IRA invested**   (30:12)
**IRAs**   (7:25) (20:16)
(20:19) (21:17) (35:5)
**item**   (9:13)
**itself**   (7:16)

### J

**Jeff**   (33:19)
**JFH**   (27:16)
**John**   (2:22) (4:2) (13:7)
(15:5) (19:6) (44:14)
**John's**   (19:4)
**jointly**   (40:6)
**judge**   (21:10) (21:20)
**Julia's**   (18:16)
**July**   (26:15) (26:16)
(28:7)
**jump**   (15:5)
**jumping**   (18:4)

### K

**Karen**   (26:23)
**keep**   (42:1)
**Kentuck-**   (23:22)
**KENTUCKY**   (1:1) (1:14)
(2:5) (2:9) (2:14) (2:19)
(2:24) (20:5) (23:22)
(47:1) (47:6)
**kids**   (17:19) (17:20)
**kind**   (9:5) (33:1) (35:4)
(38:23) (39:21) (44:5)
**Kissel**   (11:14) (11:15)
(14:9) (25:7)
**know**   (7:10) (7:17) (8:12)
(10:10) (11:5) (12:24)
(21:8) (21:12) (21:13)
(22:22) (25:7) (25:10)

(29:4) (29:9) (29:10)
(29:24) (30:16) (33:15)
(34:10) (35:20) (37:9)
(37:10) (37:16) (37:17)
(37:19) (37:20) (37:23)
(39:19) (39:20) (41:1)
(42:12) (46:2)
**knowledge**   (5:14) (6:7)
(6:13) (6:14) (7:18)
(12:16) (16:14)

### L

**Labor**   (26:20)
**Langdon**   (2:3) (4:15)
(5:6) (5:8) (8:17) (8:24)
(9:3) (13:5) (13:7) (17:6)
**Large**   (1:15) (11:22)
(47:6)
**last**   (7:5) (9:7) (17:14)
(41:9)
**later**   (31:14) (47:9)
**Law**   (2:4) (20:7) (21:18)
(46:3)
**lawsuit**   (16:13) (22:24)
**lawsuits**   (10:22) (11:22)
(17:9) (32:22) (43:20)
**lawyer**   (16:25) (17:10)
**lawyers**   (7:10) (17:15)
(20:24) (23:1)
**least**   (42:4)
**leave**   (31:12)
**led**   (13:12)
**ledger**   (25:9)
**ledgers**   (14:19) (14:23)
(15:20) (25:11) (25:13)
(25:14)
**legal**   (11:13)
**legally**   (14:8) (32:12)
(36:4)
**LENNON**   (1:13) (47:4)
(47:18)
**let**   (5:25) (9:6) (10:7)
(13:7) (14:2) (15:3)
(21:20) (27:1) (31:9)
(31:22)
**let's**   (35:24) (42:11)
**leverage**   (34:24) (34:25)
(35:7) (35:21) (35:24)
**LEXINGTON**   (1:1) (2:5)
(2:9) (2:13) (2:14) (2:24)
(33:7)
**liabilities**   (10:9)
(10:19)
**liability**   (9:18) (10:13)
(44:9) (44:11)
**Liberty**   (42:14)
**license**   (12:12) (36:12)
(38:11)
**licensed**   (36:18) (36:23)
**licenses**   (4:23)
**licensing**   (39:6)
**Life**   (21:7) (23:13)
(25:3) (39:1)
**like**   (4:9) (5:11) (5:24)
(12:22) (15:11) (17:2)
(18:1) (18:9) (20:4)
(30:13) (30:16) (31:9)
(33:12) (38:11) (38:20)
(39:19) (41:25) (42:3)
**limited**   (4:23) (14:5)
(18:7)
**limits**   (42:22)
**line**   (8:9) (40:10)
**liquidate**   (42:9)
**list**   (7:1) (24:3) (27:2)

(27:13)
**list-**   (32:10)
**listed**   (8:2) (8:8) (18:7)
(18:13) (26:3) (30:3)
(33:2) (42:13)
**litigation**   (7:3) (7:9)
(7:16) (14:4) (27:2) (31:5)
(31:17) (31:18) (36:5)
(41:1) (41:13) (44:2)
(46:12) (46:13)
**little**   (25:2) (40:17)
**lived**   (41:17)
**LLC**   (2:7) (2:13) (4:7)
(23:9) (24:5) (27:8)
(27:24) (30:20)
**London**   (12:21) (16:13)
(16:20)
**long**   (19:6) (29:3)
(29:25) (37:18) (37:19)
**look**   (6:22) (8:23) (9:4)
(12:14) (21:12) (41:25)
**looking**   (6:19) (6:21)
(8:12) (15:6) (31:23)
(34:24)
**looks**   (15:11) (17:2)
(42:3)
**Lord**   (11:10)
**lost**   (18:6)
**lot**   (39:23) (42:24)
(42:25)
**lots**   (12:23) (19:22)
(42:10)
**Louisville**   (2:19)

### M

**ma'am**   (41:2)
**made**   (13:11) (34:20)
(34:22) (39:7) (45:4)
**MADISON**   (2:7) (4:7)
**Main**   (2:9) (2:14) (2:18)
(15:11) (15:16) (15:19)
**make**   (4:20) (6:17)
(35:25) (45:9) (46:5)
**making**   (13:12) (43:15)
(45:4)
**MALE**   (22:25)
**Man**   (7:6) (7:21) (8:15)
(10:2) (12:6) (12:9)
(12:15) (12:17) (14:20)
(14:25) (16:16) (22:8)
(25:12)
**manage**   (10:15) (19:24)
(23:17) (32:12) (32:14)
(32:15) (33:13) (35:4)
(36:5)
**managed**   (7:22) (10:1)
(10:5) (20:15) (25:16)
(26:9)
**management**   (24:1) (24:2)
(30:20)
**manager**   (31:25) (32:12)
**managers**   (30:15)
**manager's**   (30:17)
**managing**   (20:21) (35:16)
(35:19)
**Man's**   (7:19)
**many**   (10:7) (10:8) (14:1)
(16:15) (26:6) (33:15)
(33:16) (34:23)
**Maria's**   (18:18) (18:19)
**market**   (45:19)
**Martin**   (14:9) (19:20)
**mastermind**   (11:24)
**mathematics**   (37:13)
**matter**   (10:12)

**may**   (16:12) (19:2)
(38:20) (44:15)
**maybe**   (13:9)
**McGarvey**   (2:8)
**mean**   (14:1) (27:2) (28:8)
(32:4) (43:12)
**meaning**   (14:18) (32:24)
**means**   (32:12)
**MEETING**   (1:5) (4:4)
(4:21) (46:23) (47:8)
**members**   (32:14) (32:20)
(33:15) (33:16)
**mentioned**   (11:7)
**met**   (23:16)
**MGM**   (27:14)
**mid**   (37:7) (37:8)
**might**   (45:14)
**million**   (7:2) (9:8)
(14:19) (29:22) (41:9)
(42:23) (42:24)
**Mine**   (8:8) (14:17)
(15:22) (30:22) (35:1)
**mine's**   (35:1)
**minimal**   (26:15)
**minute**   (19:5) (44:16)
**mirroring**   (17:9)
**missing**   (13:9)
**money**   (10:6) (10:2)
(10:14) (11:17) (12:25)
(13:3) (25:12) (29:25)
(30:17) (30:18) (32:13)
(32:14) (35:3) (41:24)
**month**   (35:25) (42:4)
**months**   (24:25) (26:24)
(43:8)
**Moore**   (33:19) (33:20)
(33:21)
**M-o-o-r-e**   (33:22)
**more**   (14:25) (15:1)
(26:9) (29:9) (30:5) (30:6)
(42:20) (42:21) (46:11)
(46:13)
**Morgan**   (2:8)
**mortgage**   (45:23)
**mortgages**   (42:9)
**most**   (8:19) (12:4) (21:17)
**motion**   (46:17)
**MSJJ**   (31:1)
**much**   (10:24) (20:4)
(34:25) (35:18)
**myself**   (41:15)

### N

**name**   (4:2) (29:3) (29:8)
(33:19) (35:8) (35:10)
(35:11) (35:12) (37:22)
(38:1) (39:13)
**named**   (17:18) (17:21)
**names**   (8:13) (15:2) (29:6)
**nature**   (11:8) (42:19)
**need**   (6:10) (9:1)
**needed**   (23:18)
**never**   (12:12) (37:9)
**new**   (6:20) (7:17) (11:15)
(14:9) (14:15) (15:11)
(16:20) (17:1) (17:9)
(19:17) (20:6) (21:7)
(21:10) (21:18) (21:20)
(23:12) (23:23) (34:23)
(36:6) (39:1) (41:1) (44:2)
(46:3)
**Nichols**   (9:14)
**nine**   (42:23)
**none**   (25:18)

normal                                                                retirement

| normal | | | |
|---|---|---|---|

normal (35:24)
North (2:4)
Not (6:13) (6:14) (7:10)
(8:16) (9:24) (9:25)
(10:17) (12:10) (14:6)
(16:15) (17:6) (17:18)
(20:2) (20:21) (22:17)
(23:2) (23:3) (24:24)
(25:19) (26:8) (26:18)
(26:21) (30:17) (32:5)
(32:12) (35:1) (35:12)
(36:13) (37:16) (37:22)
(38:1) (38:8) (38:14)
(38:15) (38:18) (39:16)
(41:12) (44:1) (46:1)
Notary (1:14) (47:5)
(47:19)
nothing (39:6) (42:22)
nothing's (17:3)
November (37:9) (45:10)
(45:12)
now (4:9) (7:18) (8:11)
(8:14) (9:2) (9:11) (12:3)
(14:4) (15:3) (16:12)
(24:19) (32:6) (32:19)
(34:24) (36:8) (40:8)
(41:19) (44:14) (45:7)
(45:22) (46:23) (46:24)
(46:25)
number (22:4) (28:22)
(28:24) (29:3) (29:4)
(45:15)
numbering (6:23)
numbers (4:24) (22:3)

| O | | | |
|---|---|---|---|

Oak (33:4) (33:6) (33:16)
(39:14)
oath (5:20)
obligation (41:10)
obtain (14:14)
obviously (17:1)
October (37:8) (45:11)
(46:4)
off (4:9) (5:24) (19:8)
(46:25)
OFFICE (2:21) (2:23)
official (38:2)
often (26:11) (26:12)
(30:15) (30:18)
old (35:1) (36:15)
older (19:3) (21:15)
oldest (17:13)
one (15:10) (15:11)
(18:1) (19:24) (20:1)
(23:17) (24:4) (28:6)
(30:5) (30:6) (30:8) (30:9)
(33:17) (34:12) (38:1)
(40:13) (42:12)
ones (8:19) (12:5) (28:21)
only (23:25) (26:7)
(29:18) (30:22)
operations (33:11)
order (14:13) (26:23)
(34:16)
original (26:2)
originally (31:3)
Other (9:18) (10:1)
(19:19) (23:13) (23:14)
(23:24) (24:12) (27:6)
(31:23) (32:13) (33:10)
(39:11) (40:6) (40:15)
(42:14)
others (10:16)
our (7:10) (8:13) (11:1)

(11:2) (15:1) (17:12)
(17:13) (17:20) (19:3)
(21:15) (27:23) (29:7)
(29:15) (29:16) (31:3)
(31:20) (38:25) (41:11)
(42:20) (43:16) (44:7)
(46:9)
out (13:3) (14:12)
(14:13) (17:5) (25:12)
(26:22) (27:5) (31:13)
(31:16) (40:7) (41:24)
(42:6) (42:8) (42:22)
over (26:10) (29:25)
(31:4) (31:6) (38:3) (39:1)
(42:13) (46:15) (46:16)
(46:18)
own (15:13) (15:25)
(16:5) (16:15) (16:17)
(16:19) (31:20) (32:14)
(32:15)
owned (14:24) (15:20)
(16:8) (21:24) (22:5)
(22:12) (22:13)
owner (33:7)
ownership (14:25)

| P | | | |
|---|---|---|---|

Page (3:3) (6:18) (6:22)
(6:23) (9:12) (9:13)
(31:24) (33:3)
paid (33:23) (37:24)
paperwork (14:6)
Pardon (16:3)
part (11:22) (13:23)
(28:19)
particular (35:22)
partner (21:7)
Partnership (18:8)
parts (26:4) (28:17)
(30:14) (30:23)
passed (11:19)
past (40:18) (40:22)
patents (39:6)
pay (42:9)
payment (42:9)
payments (45:4)
penalty (5:14)
pending (12:1) (36:6)
pension (11:18) (12:4)
(12:19) (13:3) (15:1)
(15:21) (16:14) (17:24)
(19:19) (20:15) (21:6)
(21:9) (21:19) (22:12)
(23:18) (26:4) (26:6)
(26:10) (26:11) (28:5)
(28:13) (28:19) (29:12)
(30:16) (42:5)
Pensions (28:2) (28:8)
(28:18)
Pension's (30:23)
peop- (27:7)
people (12:2) (12:24)
(19:22) (21:17) (22:11)
(23:1) (27:7) (31:23)
(39:20) (40:14)
peoples' (32:13)
perhaps (15:12)
perjury (5:14)
person (38:1)
personal (8:3) (20:17)
(44:8) (44:11)
personally (15:16)
(15:17)
PETITION (1:2) (6:2)
(6:6) (6:21) (18:14)

phonetic (18:17)
piece (13:2) (13:9) (25:2)
pin (9:5)
place (47:8) (47:9)
placed (5:20) (38:17)
(45:23)
plaintiff's (19:16)
plan (14:7) (15:21)
(17:24) (21:9) (21:19)
(23:18) (24:5) (24:11)
(26:11) (26:19) (27:5)
(27:8) (27:22) (27:25)
(28:9) (30:16) (30:25)
(31:6) (31:13) (31:15)
(34:16) (34:17) (40:3)
(40:5) (40:12) (41:25)
(42:3) (42:5) (46:4) (46:6)
plans (8:1) (10:4) (10:7)
(10:8) (11:18) (12:4)
(12:19) (13:4) (13:15)
(14:1) (14:3) (15:21)
(16:14) (19:20) (19:24)
(20:13) (20:15) (20:22)
(22:13) (24:20) (25:15)
(25:25) (26:5) (26:6)
(26:10) (27:5) (27:6)
(28:5) (28:13) (28:19)
(29:16) (32:25)
plans' (15:1)
please (4:5) (19:12)
PLLC (2:4)
point (6:18) (38:6)
(38:15) (43:19) (43:23)
pool (28:13)
possession (6:1) (18:9)
(18:15)
Possibly (10:10) (10:11)
postpetition (45:3)
potential (42:12)
Pottinger (2:8)
Powell (2:12) (3:10)
(4:13) (44:20) (45:2)
(46:19)
presiding (4:4)
presume (37:22) (43:19)
pretended (15:13)
pretty (41:10)
private (23:17)
probably (19:18) (25:1)
(37:9)
problem (11:20)
proceedings (47:13)
produced (14:20)
Professional (1:13)
(47:5) (47:19)
profit (38:13)
progress (43:15)
projects (33:13)
properties (33:8)
property (33:9) (36:8)
(38:10) (38:14) (38:17)
(38:23) (38:24) (39:2)
(39:4) (39:7) (45:5)
propose (46:4)
prove (15:24) (15:25)
(16:19) (22:7) (22:11)
(22:14) (22:17)
provided (8:17) (47:11)
Public (1:14) (14:21)
(16:13) (47:5) (47:19)
publicly-traded (16:9)
purposes (31:20)
pushing (36:9)
put (8:12) (35:22) (40:13)

| Q | | | |
|---|---|---|---|

question (6:22) (18:1)
(40:15) (44:21)
questioning (40:10)
questions (5:25) (6:16)
(31:23) (34:3) (34:4)
(44:14) (46:20)
quite (37:10) (37:17)

| R | | | |
|---|---|---|---|

raise (5:11)
ran (25:12) (25:13)
(41:24)
range (11:3)
rather (38:14) (38:15)
reached (13:10) (17:5)
read (15:10) (44:9)
real (22:18) (22:19)
(22:22) (45:5)
really (17:3) (37:22)
(39:8) (40:17)
recall (15:15) (34:11)
(38:18)
receive (26:8) (26:19)
received (7:6) (24:21)
(26:7) (28:6)
receiving (45:14)
recent (8:19)
recognize (5:7) (5:8)
recommended (19:25)
record (4:20) (21:12)
(46:25) (47:9) (47:12)
recorded (47:13)
records (11:1) (11:3)
(11:6) (29:7)
recover (13:14)
reduced (47:9)
Re-Examination (3:9)
(34:8)
reflects (40:16)
refunds (13:13) (13:15)
(14:14) (15:1) (16:17)
(16:18) (24:21)
regarding (6:11) (6:16)
(7:20) (8:18)
Registered (1:13)
(23:20) (23:21) (47:4)
(47:19)
regulatory (38:2)
related (40:24)
released (41:14)
remember (10:24) (29:2)
removed (20:4)
renovates (33:8)
rental (33:8)
reorganization (34:16)
rephrase (10:8) (14:2)
Reporter (1:13) (47:5)
(47:19)
Reporter's (3:11)
represent (28:23)
Request (18:17)
resolved (43:14)
rest (38:3) (44:8)
restate (9:6)
restriction (36:6) (36:7)
retired (13:21) (31:25)
(32:5) (32:6) (32:7) (32:11)
retirement (9:19) (9:22)
(10:4) (10:15) (14:1)
(14:3) (20:13) (20:21)
(24:5) (24:11) (24:20)
(25:15) (25:25) (27:22)
(27:25) (28:9) (28:12)

| | | | |
|---|---|---|---|
| **return** | **than** | | |

**return**
(29:14) (29:16) (30:4)
(30:20) (31:1) (31:20)
(32:16) (32:25) (35:13)
(40:25)
**return** (19:2)
**returns** (12:18) (35:3)
**revenue** (37:8) (42:4)
**reviewed** (4:21)
**Rica** (12:3)
**Rickman** (2:8) (4:6) (4:7)
**right** (4:19) (5:11)
(6:10) (6:15) (6:18) (6:19)
(7:18) (8:21) (9:2) (9:17)
(18:1) (27:1) (30:2)
(31:22) (32:18) (33:2)
(34:24) (37:14) (40:8)
(41:19) (45:7) (45:22)
(46:21)
**risk** (21:7) (30:17)
**role** (7:19) (14:5)
(20:12) (24:9) (24:12)
(40:2)
**Roth** (7:1) (8:6) (20:16)
(20:18) (21:16) (29:19)
(29:20) (30:3) (42:6) (42:7)
**running** (45:10)

**S**

**said** (47:8) (47:9)
**sale** (38:9)
**same** (22:2) (33:3)
**savings** (41:12)
**saw** (16:25)
**say** (10:20) (15:22)
(16:12) (35:24) (37:7)
(37:21) (39:20)
**saying** (19:13)
**says** (7:2)
**Schedule** (6:21) (9:12)
(30:3) (31:24) (33:3)
**schedules** (6:3) (6:6)
(6:12) (6:16) (10:20)
(18:14) (29:21) (31:24)
(38:18) (38:21) (40:16)
**Scott** (2:8) (4:6)
**searched** (41:13)
**SEC** (23:22)
**second** (13:8) (15:4)
**securing** (34:21)
**Security** (4:22) (4:24)
**see** (7:1) (9:11) (9:14)
(15:3) (21:13) (24:4)
(39:22) (44:10)
**seemed** (15:16)
**seems** (38:20)
**self-employed** (33:3)
**sell** (38:14)
**send** (8:25) (25:1)
**sense** (19:21)
**sent** (22:8) (22:10)
**sentenced** (11:25)
**September** (37:8) (47:16)
**served** (7:22)
**services** (25:10) (32:23)
(38:23) (39:5)
**set** (14:7) (26:5) (31:19)
(36:17) (47:15)
**sets** (14:21)
**setting** (33:11) (33:14)
**several** (17:11) (18:10)
(43:6) (45:20)
**Seward** (11:13) (11:14)
(14:9) (25:6) (25:7)
**shape** (23:4)
**shares** (14:24) (15:13)

(15:20) (15:25) (16:5)
(16:8) (16:15) (16:17)
(16:19) (21:24) (22:4)
(22:13)
**she** (5:2)
**Shields** (12:14) (19:20)
**should** (8:12) (25:1)
**show** (14:23) (14:25)
**showed** (7:12)
**showing** (24:20)
**shut** (32:23)
**sic** (23:3)
**side** (42:23)
**significant** (34:22)
(40:22) (41:16)
**similarly** (34:22)
**since** (7:15) (11:7)
(12:15) (16:22) (17:3)
(36:3)
**situated** (21:23)
**six** (26:24) (35:24)
**sizable** (41:10)
**SKAT** (7:9) (7:16) (10:22)
(11:7) (11:8) (11:10)
(11:18) (11:21) (12:21)
(13:19) (14:4) (14:15)
(16:22) (17:7) (17:15)
(21:2) (21:17) (24:4)
(27:2) (32:21) (41:17)
(41:19) (42:20) (44:2)
(46:14)
**SKAT and** (19:16)
**SKAT cases** (44:10)
**skipped** (13:22) (42:13)
**slash** (7:22)
**Smith** (4:9)
**Social** (4:22) (4:24)
**SOFA** (40:16)
**software** (33:12)
**sold** (38:24) (38:25)
**sole** (41:3)
**some** (6:15) (10:23)
(12:17) (19:12) (19:19)
(20:13) (23:13) (25:5)
(29:23) (31:11) (32:2)
(38:20) (40:21) (43:10)
(43:14) (43:16) (46:7)
(46:8)
**somebody** (42:15)
**something** (8:22)
**somewhere** (12:3)
**son** (17:12) (27:23)
**sophisticated** (37:12)
(37:13)
**sorry** (6:19) (13:22)
(18:3) (20:11) (24:15)
(24:16) (29:18) (43:12)
(43:13)
**sort** (31:11) (40:10)
(46:8)
**source** (37:5) (41:3)
**speak** (44:16)
**SPEAKER** (22:25)
**split** (35:3) (38:14)
**SRH** (27:7)
**stand** (21:11) (21:20)
**start** (5:24) (23:23)
(46:15) (46:16) (46:17)
**started** (16:23) (24:2)
(43:1)
**starting** (46:8)
**starts** (9:12)
**State** (1:14) (9:17)
(23:23) (29:20) (47:1)
(47:5)

**State-At-Large** (47:19)
**stated** (8:17) (47:6)
(47:8)
**statement** (9:7)
**statements** (7:13) (7:15)
(8:18) (12:19) (15:19)
(22:9) (22:11) (24:20)
**STATES** (1:1) (2:21)
(2:23) (12:20) (31:25)
**stay** (26:22)
**stayed** (17:1) (26:23)
**Stephanie** (17:13)
**still** (4:18) (6:20)
**stock** (12:7)
**stopped** (10:22)
**stops** (41:18)
**strategies** (7:23)
**strategy** (35:23) (36:1)
**Street** (2:4) (2:7) (2:9)
(2:14) (2:18) (2:23) (4:7)
(21:6) (29:24)
**strong** (10:12)
**structure** (25:17)
(28:20) (31:19)
**structures** (26:5) (31:19)
**struggling** (40:12)
**subadvisor** (11:24)
(12:10) (12:13) (14:7)
**SUBCHAPTER** (2:16) (4:11)
(34:5) (40:2) (40:12)
**subject** (14:4) (45:17)
**submitted** (25:5)
**subsidiary** (7:8)
**such** (46:16)
**sued** (21:2) (21:17)
(39:22)
**suggest** (38:19)
**suggested** (23:23)
**Suite** (2:9) (2:14) (2:23)
**suits** (24:5)
**supervision** (47:11)
**supposed** (38:7) (40:13)
**sure** (6:17) (11:7) (19:4)
(37:14) (44:18)
**survive** (41:8)
**suspended** (12:1)
**swear** (5:12)
**system** (45:9)
**systems** (33:12)

**T**

**take** (25:25) (31:6)
(31:12) (37:18) (37:20)
**taken** (1:11)
**talk** (42:11) (46:24)
**talked** (45:13)
**talking** (10:18) (13:18)
**tax** (11:11) (12:9)
(12:18) (14:14) (15:1)
(16:17) (21:18)
**taxes** (12:7) (13:13)
**tax-free** (42:8)
**teach** (37:17)
**team** (35:22) (37:16)
(37:22) (37:24) (37:25)
(38:3)
**technologies** (28:17)
(29:12)
**technology** (26:3) (26:4)
(30:13)
**telephonic** (4:23)
**tell** (23:8) (27:13)
(34:19) (39:9)
**ten** (11:25)
**terms** (33:11)

**test** (37:6) (37:16)
(37:17)
**tested** (37:14)
**testified** (5:21)
**testimony** (5:12) (9:7)
(28:23) (47:15)
**TEW** (1:5) (1:6) (1:7)
(1:10) (4:1) (4:17) (5:1)
(5:4) (5:5) (5:11) (5:15)
(5:16) (5:19) (6:2) (6:5)
(6:8) (6:9) (6:13) (6:14)
(6:25) (7:5) (7:14) (7:21)
(8:4) (8:6) (8:8) (8:11)
(8:15) (8:16) (8:18) (8:19)
(9:7) (9:10) (9:15) (9:16)
(9:21) (9:24) (9:25) (10:6)
(10:10) (10:17) (10:21)
(11:1) (11:2) (11:5)
(11:10) (13:6) (13:17)
(13:20) (13:22) (14:5)
(14:11) (15:18) (15:24)
(16:3) (16:8) (16:11)
(16:24) (17:8) (17:12)
(17:20) (17:24) (18:2)
(18:5) (18:7) (18:10)
(18:11) (18:12) (18:16)
(18:18) (18:19) (19:1)
(19:12) (19:15) (20:10)
(20:14) (20:18) (20:20)
(20:23) (20:25) (21:3)
(21:4) (21:5) (21:22)
(22:1) (22:7) (22:19)
(22:22) (23:2) (23:8)
(23:9) (23:10) (23:11)
(23:14) (23:15) (23:20)
(23:24) (24:3) (24:5)
(24:7) (24:10) (24:11)
(24:14) (24:16) (24:19)
(24:22) (24:24) (25:18)
(25:21) (25:23) (25:24)
(27:4) (27:9) (27:12)
(27:15) (27:17) (27:19)
(27:21) (27:22) (27:23)
(27:24) (28:1) (28:3)
(28:11) (28:15) (28:16)
(28:25) (29:2) (29:4)
(29:6) (29:8) (29:13)
(29:15) (29:23) (30:6)
(30:8) (30:9) (30:21)
(30:24) (31:2) (31:8)
(32:2) (32:6) (32:9)
(32:10) (32:11) (32:17)
(32:21) (33:2) (33:6)
(33:17) (33:19) (33:21)
(33:25) (34:10) (34:13)
(34:18) (34:22) (35:12)
(35:15) (35:17) (35:20)
(36:7) (36:11) (36:13)
(36:15) (37:1) (37:3)
(37:6) (38:8) (38:13)
(38:22) (39:11) (39:14)
(39:16) (39:19) (40:1)
(40:9) (40:19) (40:23)
(41:2) (41:4) (41:7)
(41:11) (41:22) (41:23)
(42:3) (42:16) (43:3)
(43:5) (43:8) (43:10)
(43:13) (43:22) (43:25)
(44:3) (44:7) (44:15)
(44:19) (45:3) (45:6)
(45:11) (45:16) (45:18)
(45:24) (46:1) (46:7)
(46:11)
**Tews** (4:22) (5:7)
**than** (24:12) (26:9)

**Thank**

**would**

(29:9) (30:5) (30:6)
**Thank** (4:10) (4:19) (5:6)
(5:10) (5:17) (33:23)
**Thanks** (4:14)
**their** (5:8) (9:23) (10:1)
(12:19) (16:25) (17:24)
(20:16) (20:17) (21:16)
(25:3) (26:20) (26:21)
(28:5) (28:13) (31:16)
**them** (10:23) (11:19)
(13:16) (14:8) (14:15)
(16:15) (17:10) (20:15)
(21:18) (21:20) (24:24)
(25:6) (26:3) (28:4)
(28:22) (32:18) (33:8)
(36:20) (36:24) (37:16)
(37:17) (38:7) (42:18)
(42:22) (43:15)
**Therefore** (12:11) (26:1)
**there's** (13:9) (26:13)
(26:14) (26:16) (27:7)
(28:22) (36:6) (40:5)
(40:11)
**these** (7:15) (9:22)
(10:4) (10:19) (11:21)
(12:4) (14:3) (15:10)
(15:21) (16:22) (20:13)
(21:11) (24:20) (25:15)
(26:24) (31:8) (36:15)
(37:11) (38:10)
**They're** (12:22) (13:14)
(16:6) (17:18) (17:20)
(22:17) (22:22) (23:2)
(23:4) (34:24) (37:14)
(44:1)
**They've** (43:5) (43:6)
**thing** (40:25) (42:12)
**things** (23:13) (23:14)
(23:25) (33:1) (34:14)
(42:10)
**think** (5:1) (9:6) (10:8)
(10:11) (11:3) (12:3)
(13:9) (42:12) (42:14)
(44:13) (45:11) (46:19)
**those** (6:6) (7:13) (8:12)
(8:13) (13:14) (14:17)
(15:20) (16:18) (17:11)
(18:9) (20:4) (22:13)
(25:9) (26:4) (26:5) (26:7)
(26:9) (31:19) (33:1)
(42:17) (43:1) (43:4)
(43:11) (43:14) (43:17)
**though** (16:17) (17:18)
(21:23)
**thought** (14:22)
**thoughts** (7:3)
**three** (7:14) (18:11)
(18:12) (18:13) (18:14)
**through** (7:16) (12:6)
(21:9) (21:19) (27:1)
(27:12) (37:10) (41:18)
**thus** (39:5)
**time** (10:18) (14:12)
(18:9) (22:13) (29:25)
(34:3) (39:3) (42:19)
(42:21) (46:16) (47:7)
**timeline** (46:3)
**times** (35:24)
**today** (4:4) (5:13) (6:10)
**Todd** (2:13)
**together** (13:2) (35:22)
(40:13)
**too** (15:12) (44:21)
**took** (31:3) (39:1) (47:9)
**top** (6:23)

**total** (14:19)
**totaling** (14:16)
**totally** (7:9) (11:13)
(16:11) (22:23) (22:24)
**towards** (40:3)
**trade** (12:11) (26:22)
(38:4)
**traded** (12:6) (23:5)
**trades** (11:11) (11:19)
(12:15) (26:24) (37:7)
**trading** (14:6) (14:8)
(35:22) (36:19) (36:20)
(37:15) (37:21) (37:24)
(37:25) (41:15) (42:4)
(45:9) (46:8) (46:15)
(46:18)
**transcribed** (1:12)
**Travelers** (42:15)
**tried** (20:4)
**Triton** (27:18)
**trouble** (6:20)
**true** (5:13) (6:7) (47:7)
(47:12)
**TRUST** (2:11) (4:14)
(26:2) (28:2) (28:12)
(28:18) (29:12) (29:14)
(30:4) (30:11) (30:12)
(30:23) (31:1) (35:13)
**TRUSTEE** (2:16) (2:21)
(2:23) (4:3) (4:12) (25:2)
(34:6) (40:2)
**trusts** (28:22) (31:9)
**try** (6:17) (31:9) (41:13)
**trying** (13:14) (27:3)
(36:2) (39:25) (40:4)
(41:18) (42:1)
**two** (7:14) (14:16)
(14:20) (16:22) (17:21)
(19:3) (25:12) (25:13)
(42:24)
**Tyler** (2:12) (4:13)
(44:20) (45:12)
**type** (35:22) (39:2)
**typewriting** (47:10)

**U**

**Uh-huh** (9:16) (13:17)
(19:1) (24:14) (29:24)
(33:21) (35:17) (40:9)
(40:19) (41:23)
**ultimately** (11:17)
**umbrella** (23:15) (23:16)
**unbelievable** (25:13)
**under** (5:14) (5:20)
(9:17) (37:22) (38:1)
(40:25) (47:11)
**understand** (36:3) (39:24)
**understanding** (20:3)
**unfortunate** (19:23)
**unfortunately** (19:23)
**Unilever** (22:20)
**UNITED** (1:1) (2:21)
(2:23) (12:20)
**unrelated** (27:7)
**unresponsive** (7:9)
**until** (24:24) (28:6)
(28:7) (41:6) (41:21) (45:9)
**Upper** (2:4)
**use** (4:23) (33:12)
**used** (11:24) (31:18)
(31:19)

**V**

**valuable** (38:19) (42:17)
(42:21)

**valuation** (7:4) (7:6)
(7:7)
**value** (29:21) (38:16)
(38:20) (38:23)
**valued** (7:2)
**various** (13:15) (28:5)
**verify** (4:24)
**very** (14:5) (20:3) (21:8)
(31:18) (37:11) (37:12)
(40:17)
**via** (1:11) (1:12) (42:20)
(47:10)
**Vine** (2:23)
**Vinnie** (17:12)
**virtually** (39:5) (42:7)
**voice** (5:2)
**voices** (5:7) (5:9)

**W**

**waiting** (35:6)
**Wall** (21:6) (29:24)
**want** (4:20) (9:4) (9:11)
(19:22) (21:13) (37:7)
(39:20) (46:24)
**wanted** (23:25) (26:22)
**was** (1:11) (5:20) (7:7)
(7:19) (7:21) (9:6) (10:23)
(11:16) (11:20) (11:24)
(11:25) (12:1) (14:3)
(14:5) (14:11) (14:22)
(19:24) (19:25) (20:12)
(20:15) (20:17) (21:7)
(22:3) (23:9) (23:11)
(23:15) (24:9) (24:11)
(25:16) (25:18) (26:1)
(27:10) (28:3) (28:8)
(28:9) (28:11) (29:9)
(29:17) (29:18) (29:24)
(29:25) (30:10) (30:21)
(31:2) (32:2) (32:7)
(32:23) (34:14) (34:15)
(37:19) (38:18) (40:24)
(41:3) (41:13) (41:14)
(42:12) (44:5) (44:6) (47:9)
**way** (14:20) (17:8)
(18:16) (23:4) (28:13)
(31:15) (32:9) (32:11)
**week** (17:14)
**well** (5:25) (8:13) (10:2)
(10:7) (10:21) (17:17)
(19:7) (21:1) (21:8)
(21:22) (22:8) (30:2)
(31:8) (32:17) (33:10)
(35:20) (38:16) (38:22)
(42:11)
**we'll** (35:3)
**went** (12:25) (31:16)
**were** (6:3) (7:23) (9:25)
(10:4) (10:23) (11:12)
(11:13) (11:20) (12:5)
(13:12) (14:24) (15:20)
(16:9) (17:13) (17:15)
(18:13) (19:14) (19:15)
(19:17) (20:21) (22:2)
(23:12) (25:19) (26:5)
(27:5) (27:6) (28:18)
(28:19) (29:16) (31:6)
(31:17) (32:5) (32:22)
(43:17)
**we're** (10:14) (35:5)
(40:13) (41:18) (43:15)
(44:17) (46:25)
**weren't** (16:1) (16:6)
**West** (34:1) (2:18)
**we've** (7:15) (11:7) (37:6)

**what** (7:19) (9:6) (9:20)
(10:18) (14:2) (15:11)
(15:15) (18:24) (20:12)
(23:9) (24:9) (25:8)
(27:10) (28:8) (32:20)
(33:5) (36:2) (38:6)
(39:12) (41:8) (41:12)
(41:25) (43:3) (43:20)
(44:5) (44:10) (45:14)
**what's** (40:3)
**When** (10:19) (10:21)
(11:16) (15:10) (23:12)
(24:1) (24:19) (26:18)
(31:9) (31:10) (32:21)
(37:4) (37:21) (38:25)
(39:20) (41:6) (44:15)
(44:16) (45:13)
**where** (12:25) (14:23)
(14:25) (15:20) (21:14)
(34:19) (40:7)
**whereas** (25:11)
**whereof** (47:15)
**whether** (22:17) (25:7)
(40:5)
**which** (9:12) (10:14)
(14:20) (18:14) (19:16)
(19:25) (22:9) (27:5)
(27:6) (31:24) (36:21)
(42:4) (44:9)
**while** (15:6) (36:5) (43:6)
**whistleblower** (13:2)
(24:25) (25:3) (25:5) (25:8)
**Who** (30:21) (33:18)
(38:1) (38:2)
**whoever** (36:23)
**whole** (43:19) (43:23)
(43:25)
**whose** (35:8)
**why** (21:1) (46:12)
**wife** (15:13)
**will** (5:13) (8:24) (20:5)
(35:2) (35:4) (35:12)
(35:21) (36:8) (36:17)
(36:19) (38:9) (38:11)
(42:21) (42:22) (46:22)
**window** (40:11)
**wish** (37:18) (37:19)
(39:8)
**with** (4:23) (6:3) (6:20)
(8:13) (8:15) (8:18) (9:22)
(11:23) (12:5) (14:3)
(15:15) (16:21) (19:6)
(31:13) (33:14) (33:23)
(34:20) (35:9) (35:23)
(36:1) (36:16) (36:22)
(36:24) (38:7) (39:12)
(39:14) (40:12) (44:17)
(46:7) (46:15)
**withheld** (12:8) (13:13)
**withholding** (12:9)
(24:21)
**WITNESS** (7:12)
**WITNESSES** (1:6)
**won** (17:11)
**won't** (12:21)
**Woodford** (45:5) (46:14)
**words** (21:11)
**work** (25:20) (38:12)
(40:3)
**working** (37:14)
**world** (10:22)
**would** (5:24) (10:19)
(12:6) (12:7) (12:8)
(12:14) (14:12) (20:3)
(29:8) (30:16) (32:18)

wound                                                                    you've

(35:8) (35:10) (35:23)
(36:4) (37:23) (38:16)
(38:20) (39:11) (39:19)
(45:11)
**wound**  (7:16)
**wrap**  (31:22) (40:4)
**written**  (18:4)
**wrote**  (37:15)

---

### Y

**year**  (43:14)
**years**  (7:15) (11:25)
(20:6) (21:6) (30:1)
(31:14) (32:2) (40:18)
(41:9) (45:20)
**yes**  (5:9) (8:8) (8:20)
(9:16) (10:6) (11:10)
(13:20) (15:18) (15:25)
(16:24) (17:21) (17:24)
(18:10) (20:18) (20:20)
(24:16) (24:22) (27:4)
(27:12) (27:23) (28:15)
(28:25) (29:24) (32:3)
(32:6) (32:7) (32:14)
(33:25) (34:13) (35:17)
(39:20) (41:2) (41:22)
(42:16) (46:7) (46:9)
**yet**  (13:10) (21:17)
(35:20) (38:8)
**York**  (7:17) (11:15)
(14:9) (14:15) (15:11)
(16:20) (17:1) (17:9)
(19:17) (20:6) (21:7)
(21:10) (21:18) (21:20)
(23:12) (34:23) (36:6)
(39:1) (41:1) (44:2)
**you-all**  (16:21) (40:15)
(41:5) (42:1) (43:18) (44:1)
**you'll**  (26:2) (34:11)
(36:24) (44:10) (46:5)
**your**  (5:11) (5:14) (6:1)
(6:4) (6:7) (6:16) (7:3)
(7:20) (8:3) (8:15) (9:7)
(9:20) (9:24) (14:3)
(15:12) (17:19) (18:9)
(18:15) (19:13) (20:12)
(24:9) (25:16) (25:19)
(27:6) (28:22) (29:21)
(30:3) (31:10) (31:12)
(31:24) (32:15) (34:11)
(35:10) (37:22) (38:18)
(39:15) (40:16) (41:3)
(41:20) (42:2) (46:4)
**you're**  (13:18) (19:13)
(24:18) (31:25) (32:10)
(33:2) (33:23) (33:24)
(35:16) (36:22) (38:6)
(39:12) (39:22) (43:22)
(45:4)
**yours'**  (37:2)
**yourself**  (46:17)
**you've**  (8:2) (30:3)
(37:24) (40:21)